IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

FUJITSU LIMITED, *et al.*,

        Plaintiffs,

  v.

NETGEAR, INC.,

        Defendant and
        Third Party Plaintiff,

  v.

ATHEROS COMMUNICATIONS, INC., *et al.*,

        Third Party Defendants.

ORDER

07-cv-710-bbc

---

On April 30, 2008, this court held a recorded telephonic hearing on defendant Netgear's motion to compel plaintiffs to provide additional information as specified in the motion and supporting documents. *See* Dkt. 62 *et seq.* Plaintiffs, in their opposition and surreply objected, claiming that they already have provided all of the information Netgear seeks and there is nothing left for plaintiffs to provide. In light of the detailed proffers and explanations provided by both sides, I denied the motion as unnecessary on this record. As Netgear noted, and as record of the hearing reflects, the court will hold plaintiffs to their representations during further proceedings in this case.

The bottom line is that the motion to compel, dkt. 62, is DENIED. Both sides will bear their own costs on this motion.

Entered this 1st day of May, 2008.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge