IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FUJITSU LIMITED, LG ELECTRONICS
INC. and U.S. PHILIPS CORPORATION,

                Plaintiffs,

    v.

NETGEAR, INC.,

                Defendant/Counterclaimant/
                Third Party Plaintiff,

MARVELL SEMICONDUCTOR, INC.,

                Third Party Defendant.

ORDER

07-cv-710-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A hearing was held on defendant Netgear's motion for a protective order in this case on October 2, 2008, before United States District Judge Barbara B. Crabb. Mark Miller and Sarah Walkenhorst appeared for plaintiffs. Jim Cole and Kristin Graham Noel appeared for defendant Netgear and third party defendant Marvell Semiconductor, Inc.

      After hearing argument from counsel, I modified the magistrate judge's September 24, 2008 order denying defendant Netgear's motion for protection from plaintiffs' request for admissions. Plaintiffs are to notify defendants' counsel no later than Monday, October

1

6, 2008, of the 300 request for admissions they deem most important and most helpful in paring down the issues in this case. Defendants may have four weeks or until October 30, 2008, in which to respond to the request for admissions.

Entered this 3d day of October, 2008.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge