# EXHIBIT A



August 31, 2009

Invoice:    ******
Tax ID:

NETGEAR, Inc.
350 E. Plumeria Dr.
San Jose, CA 95134

# DETAIL

RE:    Fujitsu Patent Litigation
       Our File: 83305/376532

**DISBURSEMENTS:**

| Date | Description | $ Value | Quantity |
|---|---|---|---|
| 02/10/2009 | Internal Copying/Printing | 77.40 | 516 |
| 03/17/2009 | Internal Copying/Printing | 2.10 | 14 |
| 03/20/2009 | Internal Copying/Printing | 56.85 | 379 |
| 03/31/2009 | Internal Copying/Printing | 22.80 | 152 |
| 03/31/2009 | Internal Copying/Printing | 5.10 | 34 |
| 03/31/2009 | Internal Copying/Printing | 11.40 | 76 |
| 03/31/2009 | Internal Copying/Printing | 32.10 | 214 |
| 03/31/2009 | Internal Copying/Printing | 28.50 | 190 |
| 04/06/2009 | Internal Copying/Printing | 0.15 | 1 |
| 04/07/2009 | Internal Copying/Printing | 1.35 | 9 |
| 04/07/2009 | Internal Copying/Printing | 0.15 | 1 |
| 04/07/2009 | Internal Copying/Printing | 40.20 | 268 |
| 04/27/2009 | Internal Copying/Printing | 136.95 | 913 |
| 04/28/2009 | Internal Copying/Printing | 31.80 | 212 |
| 04/29/2009 | Internal Copying/Printing | 57.30 | 382 |
| 05/01/2009 | Internal Copying/Printing | 150.15 | 1001 |
| 05/01/2009 | Internal Copying/Printing | 287.10 | 1914 |
| 05/04/2009 | Internal Copying/Printing | 3.00 | 20 |
| 05/11/2009 | Internal Copying/Printing | 53.25 | 355 |
| 05/11/2009 | Internal Copying/Printing | 2.25 | 15 |
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |



| Date | Description | $ Value | Quantity |
|------|-------------|---------|----------|
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 05/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 05/14/2009 | Internal Copying/Printing | 216.00 | 1440 |
| 05/14/2009 | Internal Copying/Printing | 57.15 | 381 |
| 05/14/2009 | Internal Copying/Printing | 1.50 | 10 |
| 05/14/2009 | Internal Copying/Printing | 164.85 | 1099 |
| 05/15/2009 | Internal Copying/Printing | 100.35 | 669 |
| 05/18/2009 | Internal Copying/Printing | 203.10 | 1354 |
| 05/18/2009 | Internal Copying/Printing | 6.75 | 45 |
| 05/19/2009 | Internal Copying/Printing | 102.75 | 685 |
| 05/21/2009 | Internal Copying/Printing | 193.65 | 1291 |
| 05/21/2009 | Internal Copying/Printing | 73.35 | 489 |
| 05/21/2009 | Internal Copying/Printing | 29.10 | 194 |
| 05/21/2009 | Internal Copying/Printing | 34.50 | 230 |
| 05/22/2009 | Internal Copying/Printing | 0.45 | 3 |
| 05/22/2009 | Internal Copying/Printing | 0.15 | 1 |
| 05/26/2009 | Internal Copying/Printing | 18.30 | 122 |
| 05/26/2009 | Internal Copying/Printing | 45.75 | 305 |
| 05/26/2009 | Internal Copying/Printing | 24.45 | 163 |
| 05/28/2009 | Internal Copying/Printing | 10.80 | 72 |
| 06/01/2009 | Internal Copying/Printing | 1.50 | 10 |
| 06/01/2009 | Internal Copying/Printing | 38.70 | 258 |
| 06/01/2009 | Internal Copying/Printing | 38.85 | 259 |
| 06/02/2009 | Internal Copying/Printing | 11.10 | 74 |
| 06/02/2009 | Internal Copying/Printing | 69.45 | 463 |
| 06/02/2009 | Internal Copying/Printing | 76.50 | 510 |
| 06/02/2009 | Internal Copying/Printing | 7.05 | 47 |
| 06/05/2009 | Internal Copying/Printing | 7.80 | 52 |
| 06/16/2009 | Internal Copying/Printing | 0.60 | 4 |
| 06/23/2009 | Internal Copying/Printing | 3.45 | 23 |
| 06/24/2009 | Internal Copying/Printing | 78.75 | 525 |
| 06/25/2009 | Internal Copying/Printing | 19.35 | 129 |
| 06/26/2009 | Internal Copying/Printing | 28.35 | 189 |
| 06/29/2009 | Internal Copying/Printing | 6.60 | 44 |
| 06/30/2009 | Internal Copying/Printing | 0.60 | 4 |
| 06/30/2009 | Internal Copying/Printing | 0.90 | 6 |
| 07/02/2009 | Internal Copying/Printing | 0.30 | 2 |
| 07/02/2009 | Internal Copying/Printing | 393.90 | 2626 |
| 07/05/2009 | Internal Copying/Printing | 0.15 | 1 |
| 07/06/2009 | Internal Copying/Printing | 0.45 | 3 |
| 07/07/2009 | Internal Copying/Printing | 0.45 | 3 |
| 07/07/2009 | Internal Copying/Printing | 0.60 | 4 |
| 07/08/2009 | Internal Copying/Printing | 0.90 | 6 |
| 07/09/2009 | Internal Copying/Printing | 1.20 | 8 |
| 07/10/2009 | Internal Copying/Printing | 4.50 | 30 |



UNITED STATES | ENGLAND | GERMANY | CHINA

| Date | Description | $ Value | Quantity |
|------|-------------|---------|----------|
| 07/13/2009 | Internal Copying/Printing | 1.20 | 8 |
| 07/13/2009 | Internal Copying/Printing | 2.25 | 15 |
| 07/14/2009 | Internal Copying/Printing | 1.50 | 10 |
| 07/17/2009 | Internal Copying/Printing | 39.90 | 266 |
| 07/17/2009 | Internal Copying/Printing | 47.55 | 317 |
| 07/17/2009 | Internal Copying/Printing | 9.30 | 62 |
| 07/20/2009 | Internal Copying/Printing | 39.45 | 263 |
| 07/20/2009 | Internal Copying/Printing | 42.90 | 286 |
| 07/21/2009 | Internal Copying/Printing | 4.20 | 28 |
| 07/21/2009 | Internal Copying/Printing | 0.75 | 5 |
| 07/22/2009 | Internal Copying/Printing | 1.05 | 7 |
| 07/22/2009 | Internal Copying/Printing | 0.30 | 2 |
| 07/22/2009 | Internal Copying/Printing | 308.10 | 2054 |
| 07/23/2009 | Internal Copying/Printing | 435.60 | 2904 |
| 07/23/2009 | Internal Copying/Printing | 225.60 | 1504 |
| 07/24/2009 | Internal Copying/Printing | 1.05 | 7 |
| 07/24/2009 | Internal Copying/Printing | 86.55 | 577 |
| 07/24/2009 | Internal Copying/Printing | 145.95 | 973 |
| 07/24/2009 | Internal Copying/Printing | 98.10 | 654 |
| 07/24/2009 | Internal Copying/Printing | 202.80 | 1352 |
| 07/24/2009 | Internal Copying/Printing | 3.90 | 26 |
| 07/24/2009 | Internal Copying/Printing | 46.95 | 313 |
| 07/25/2009 | Internal Copying/Printing | 13.80 | 92 |
| 07/27/2009 | Internal Copying/Printing | 0.45 | 3 |
| 07/27/2009 | Internal Copying/Printing | 1.35 | 9 |
| 07/29/2009 | Internal Copying/Printing | 7.95 | 53 |
| 07/31/2009 | Internal Copying/Printing | 1.65 | 11 |
| 07/31/2009 | Internal Copying/Printing | 9.15 | 61 |
| 07/31/2009 | Internal Copying/Printing | 1.50 | 10 |
| 08/03/2009 | Internal Copying/Printing | 10.50 | 70 |
| 08/03/2009 | Internal Copying/Printing | 10.50 | 70 |
| 08/04/2009 | Internal Copying/Printing | 15.60 | 104 |
| 08/04/2009 | Internal Copying/Printing | 17.10 | 114 |
| 08/05/2009 | Internal Copying/Printing | 0.45 | 3 |
| 08/06/2009 | Internal Copying/Printing | 1.80 | 12 |
| 08/06/2009 | Internal Copying/Printing | 0.15 | 1 |
| 08/06/2009 | Internal Copying/Printing | 42.30 | 282 |
| 08/06/2009 | Internal Copying/Printing | 78.90 | 526 |
| 08/06/2009 | Internal Copying/Printing | 1.05 | 7 |
| 08/06/2009 | Internal Copying/Printing | 0.15 | 1 |
| 08/06/2009 | Internal Copying/Printing | 0.30 | 2 |
| 08/07/2009 | Internal Copying/Printing | 8.85 | 59 |
| 08/07/2009 | Internal Copying/Printing | 0.15 | 1 |
| 08/07/2009 | Internal Copying/Printing | 0.15 | 1 |
| 08/09/2009 | Internal Copying/Printing | 0.15 | 1 |
| 08/09/2009 | Internal Copying/Printing | 12.30 | 82 |
| 08/10/2009 | Internal Copying/Printing | 0.45 | 3 |
| 08/12/2009 | Internal Copying/Printing | 32.40 | 216 |
| 08/13/2009 | Internal Copying/Printing | 0.60 | 4 |
| 08/13/2009 | Internal Copying/Printing | 0.30 | 2 |
| 08/14/2009 | Internal Copying/Printing | 2.10 | 14 |



UNITED STATES | ENGLAND | GERMANY | CHINA

| Date | Description | $ Value | Quantity |
|------|-------------|---------|----------|
| 08/14/2009 | Internal Copying/Printing | 17.10 | 114 |
| 08/14/2009 | Internal Copying/Printing | 0.60 | 4 |
| 08/14/2009 | Internal Copying/Printing | 1.20 | 8 |
| 08/16/2009 | Internal Copying/Printing | 57.30 | 382 |
| 08/16/2009 | Internal Copying/Printing | 109.80 | 732 |
| 08/16/2009 | Internal Copying/Printing | 2.40 | 16 |
| 08/16/2009 | Internal Copying/Printing | 13.80 | 92 |
| 08/17/2009 | Internal Copying/Printing | 178.50 | 1190 |
| 08/17/2009 | Internal Copying/Printing | 8.85 | 59 |
| 08/20/2009 | Internal Copying/Printing | 2.70 | 18 |
| 08/21/2009 | Internal Copying/Printing | 0.60 | 4 |
| 05/27/2009 | Color/Colour Copies | 13.50 | 54 |
| 05/27/2009 | Color/Colour Copies | 11.50 | 46 |
| 06/08/2009 | Color/Colour Copies | 18.75 | 75 |
| 06/29/2009 | Color/Colour Copies | 7.50 | 30 |
| 07/24/2009 | Color/Colour Copies | 30.00 | 120 |
| 07/27/2009 | Color/Colour Copies | 7.00 | 28 |
| 08/03/2009 | Color/Colour Copies | 0.50 | 2 |
| 08/03/2009 | Color/Colour Copies | 19.50 | 78 |