# EXHIBIT B

K&B Document Technologies  
733 Marquette Avenue  
Suite 125  
Minneapolis, Minnesota 55402  
612-339-8100

Invoice #: 00045135

Bill To:  
Faegre & Benson LLP  
2200 Wells Fargo Center  
90 South Seventh Street  
Minneapolis, MN 55402-3901, USA

Ship To:  
Faegre & Benson LLP  
90 South Seventh Street  
Minneapolis, MN 55402-3901  
Attn: Jesse Doughty  
Job Number: 08-047i

| Salesperson | Client Reference | Due Date | Ship Via | Return Date | Date |
|---|---|---|---|---|---|
| Steve Hartwig | 83305/376532 | 8/16/2009 | Free | 8/6/2009 | 8/6/2009 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 1,530 | 56 | B&W Blowbacks | $0.08 | each | | $122.40 | X |
| 522 | 57 | Color Blowbacks | $0.95 | each | | $495.90 | X |
| 62 | 21 | Tabs | $0.25 | each | | $15.50 | X |

Netgear — *[handwritten]*

PAY FROM THIS INVOICE

| | |
|---|---|
| Sale Amount | $633.80 |
| Freight | $0.00 |
| Sales Tax | $49.28 |
| Total | $683.08 |
| Paid | $0.00 |
| Balance Due | $683.08 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.  
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.  
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By: _Terry L Ray/_  Date: _7-6-09_

Colorado Document Specialists, LLC

1640 Grant Street, Suite 175
Denver, CO 80203
Phone: 303-830-2043
Employer Identification

# Invoice

| Date | Invoice # |
|---|---|
| 5/26/2009 | 200905037 |

119061

6/12/09

**Bill To**
Faegre & Benson LLP
1700 Lincoln
Suite 3200
Denver, Colorado 80203

Netgear

| Contact Name | Matter Number | Terms | Rep |
|---|---|---|---|
| jeef ST. | 83305/376532/2852 | Net 10 | H |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Full Color Copies | 1,804 | 0.65 | 1,172.60T |

JUN 11 2009

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $1,172.60 |
| **Sales Tax (7.72%)** | $90.52 |
| **Total** | $1,263.12 |
| **Balance Due** | $1,263.12 |



**XACT DATA DISCOVERY**
Because you need to know

Xact Data Discovery - DNCO
303-893-5000
REMIT PAYMENT TO:
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

COPY
# INVOICE

Invoice Number: 07-28973

Invoice Date: 08/18/09

Customer ID: 07FAEGRE

Page: 1

| Bill To: | Accounts Payable<br>FAEGRE & BENSON, LLP.<br>1700 Lincoln Street<br>Suite 3200<br>Denver, CO 80203-4532 | Ship To: | Accounts Payable<br>FAEGRE & BENSON, LLP.<br>1700 Lincoln Street<br>Suite 3200<br>Denver, CO 80203-4532 |
|---|---|---|---|

| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 08/19/09 |
| Due Date | 09/17/09 |
| Terms | Net 30 Days |

| Contact | Margaret Zylstra |
| P.O. Number | 83305 376 532 |
| Case Number | 83305 376 532 |
| Job No. | 0809-0051 |
| SalesPerson | Bennett Phelps |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE1500 | 8 1/2X11 B/W Blow Backs - 5 sets | Each Item | 183,270 | 10,996.20 |
| IMAGE2500 | Color Blow Backs - 5 sets | Each Item | 12,925 | 7,755.00 |
| SERV3000 | Man Hour Charge - Hand Drill Originals | Per Hour | 5 | 125.00 |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Subtotal: | 18,876.20 |
|---|---|---|---|
| 18,876.20 | 0.00 | Invoice Discount: | 0.00 |
| | | Sales Tax: | 1,457.24 |
| | | **Total:** | **20,333.44** |

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____  Date:_____



**XACT DATA DISCOVERY**
Because you need to know

Xact Data Discovery - DNCO
303-893-5000
REMIT PAYMENT TO:
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

COPY

# INVOICE

Invoice Number: 07-28972

Invoice Date: 08/18/09

Customer ID: 07FAEGRE

Page: 1

| Bill To: | Accounts Payable<br>FAEGRE & BENSON, LLP.<br>1700 Lincoln Street<br>Suite 3200<br>Denver, CO 80203-4532 | Ship To: | Accounts Payable<br>FAEGRE & BENSON, LLP.<br>1700 Lincoln Street<br>Suite 3200<br>Denver, CO 80203-4532 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Ship Via | Delivery | Contact | Margaret Zylstra |
| Ship Agent | Delivered by Xact | P.O. Number | 83305 376 532 |
| Ship Date | 08/19/09 | Case Number | 83305 376 532 |
| Due Date | 09/17/09 | Job No. | 0809-0051 |
| Terms | Net 30 Days | SalesPerson | Bennett Phelps |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE2200 | Imaging Scanning B/W | Each Item | 36,654 | 3,665.40 |
| IMAGE2000 | Imaging Color Scans | Each Item | 2,585 | 1,034.00 |
| IMAGE9200 | Imaging - PDF Conversion | Each Item | 39,239 | 784.78 |
| IMAGE3050 | Imaging - DVD Production | Each Item | 4 | 80.00 |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Subtotal: | 5,564.18 |
|---|---|---|---|
| 5,564.18 | 0.00 | Invoice Discount: | 0.00 |
| | | Sales Tax: | 429.55 |
| | | Total: | 5,993.73 |

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____  Date:_____