# EXHIBIT C

# INVOICE

## GROSSMAN & COTTER, INC.
117 S. California Avenue, Suite D-201
Palo Alto, CA 94306
Ph: (650)324-1181   Fx: (650)324-4609

KEVIN P. WAGNER, ESQ.
FAEGRE & BENSON
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

August 11, 2009

**Invoice#** 48589

**Balance:** $1,496.80

Re: FUJITSU VS. NETGEAR
    RUSSELL MANGUM, III, PH.D.
      on 07/30/09
      by LOUISE MARIE SOUSOURES

| Charge Description | Amount |
|---|---:|
| DEPOSITION OF: RUSSELL MANGUM, III, PH.D. | |
| ONE COPY OF TRANSCRIPT | 644.20 |
| EXPEDITE | 314.60 |
| LIVENOTE/ROUGH ASCII | 377.50 |
| CERTIFICATION FEE | 5.00 |
| ASCII & CONDENSED | 16.00 |
| EXHIBITS | 77.60 |
| SHIPPING & HANDLING | 61.90 |

P l e a s e  R e m i t  - - >   Total Due: $1,496.80

**Please tear off stub and return with payment.**
*A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.*

GROSSMAN & COTTER, INC.
117 S. California Avenue, Suite D-201
Palo Alto, CA 94306

Invoice# 48589

Balance$   1,496.80

# WEST®
A Thomson Reuters business

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA 94105

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

## New Sale Invoice

| | |
|---|---|
| BILLING ACCOUNT # | 1000088776 |
| NEW SALE INVOICE # | 6060440680 |
| ORDER # | 5214103 |
| INVOICE DATE | 07/30/2009 |
| PAYMENT DUE DATE | 08/29/2009 |
| **AMOUNT DUE IN USD** | **3,779.54** |

ATTENTION: KEVIN P WAGNER
CASE: Fujitsu Ltd. v. Netgear Inc.
PROJECT MANAGER: JILL MICHELI       01       PAGE 1 OF 1

| PURCHASE ORDER # | DEPO/SRV DT | JOB # | DEPONENT NAME/SERVICE | | | |
|---|---|---|---|---|---|---|
| | 07/07/2009 | CRS-100635-0002 | Amjad Soomro | | | |
| MATERIAL | DESCRIPTION | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
| 30007131 | ORIGINAL AND ONE TRANSCRIPT | | 240 PG | 6.25 | 0.00 | 1,500.00 |
| 30007134 | EXHIBITS | | 291 PG | 0.50 | 0.00 | 145.50 |
| 30007132 | APPEARANCE FEE | | 1 EA | 110.00 | 0.00 | 110.00 |
| 30007133 | VIDEOGRAPHER FEE | | 9.00 HR | 165.00 | 0.00 | 1,485.00 |
| 30007142 | ROUGH ASCII; | | 240 PG | 1.85 | 0.00 | 444.00 |
| 30007140 | NEXT DAY SHIPPING FOR WCRS SERVICES | | 1 EA | 95.04 | 0.00 | 95.04 |

West Court Reporting Service "Total Package" includes:
- LiveNote Evidence File (LEF) creation
- Condensed transcript
- Word index
- Signature page
- Transcript production and handling
- Electronic transcript delivery
- Video tape stock and archival
- Video conversion to MPEG1
- Video synchronization

The terms for this order are net 30 days.

westcourtreporting.com | Connecting the Litigation       THANK YOU       **TOTAL IN USD   3,779.54**

---

**RETURN BOTTOM PORTION WITH PAYMENT**

NEW SALE INVOICE#    6060440680
BILLING ACCOUNT#     1000088776

VAT REG#             EU826006554
AMOUNT DUE IN USD    3,779.54
AMOUNT ENCLOSED IN USD

**West Payment Center**
P.O. Box 6292
Carol Stream, IL 60197-6292

ATTN: KEVIN P WAGNER
FAEGRE & BENSON LLP
WEST COURT REPORTING SVCS ACCOUNT
3200 WELLS FARGO CTR
1700 LINCOLN ST STE 3200
DENVER CO 80203-4532

6060440680 00000000000000000000000 20090730 ZINV 000377954 0010 1000088776 5

New Sale Invoice

**WEST®**
A Thomson Reuters business

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA 94105

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

| BILLING ACCOUNT # | 1000088776 |
|---|---|
| NEW SALE INVOICE # | 6059818492 |
| ORDER # | 5140774 |
| INVOICE DATE | 06/23/2009 |
| PAYMENT DUE DATE | 07/23/2009 |
| **AMOUNT DUE IN USD** | **5,581.67** |

ATTENTION: PETER J KINSELLA
CASE: Fujitsu Ltd. v. Netgear Inc.
PROJECT MANAGER: JILL MICHELI

01    PAGE 1 OF 2

| PURCHASE ORDER # | DEPO/SRV DT | JOB # | DEPONENT NAME/SERVICE | | | |
|---|---|---|---|---|---|---|
| | 05/21/2009 | CRS-100635-0001 | Peter John Mabey | | | |
| MATERIAL | DESCRIPTION | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
| 30007132 | APPEARANCE FEE | | 1 EA | 170.00 | 0.00 | 170.00 |
| 40788632 | ORIGINAL AND ONE TRANSCRIPT | | 231 PG | 8.00 | 0.00 | 1,848.00 |
| 30007134 | EXHIBITS | | 553 PG | 0.50 | 0.00 | 276.50 |
| 30007141 | REAL TIME CONNECTION pkinsella@faegre.com | | 231 PG | 2.00 | 16.72 | 478.72 |
| 30007141 | REAL TIME CONNECTION cdrown@faegre.com | | 231 PG | 2.00 | 16.72 | 478.72 |
| 30007141 | REAL TIME CONNECTION KLiebman@faegre.com | | 231 PG | 2.00 | 16.72 | 478.72 |
| 30007133 | VIDEOGRAPHER FEE | | 10.00 HR | 175.00 | 0.00 | 1,750.00 |
| 30007140 | NEXT DAY SHIPPING FOR WCRS SERVICES | | 1 EA | 101.01 | 0.00 | 101.01 |
| | *SHIPPING PRICE INCLUDES THREE SHIPMENTS: ONE FOR THE COPY, ONE FOR THE POST 30 DAY REVIEW ORIGINAL, AND ONE FOR THE VIDEO. | | | | | |

---

RETURN BOTTOM PORTION WITH PAYMENT

NEW SALE INVOICE#    6059818492
BILLING ACCOUNT#     1000088776

VAT REG#             EU826006554
AMOUNT DUE IN USD    5,581.67
AMOUNT ENCLOSED IN USD

West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

ATTN: PETER J KINSELLA
FAEGRE & BENSON LLP
WEST COURT REPORTING SVCS ACCOUNT
3200 WELLS FARGO CTR
1700 LINCOLN ST STE 3200
DENVER CO 80203-4532

6059818492 00000000000000000000 20090623 ZINV 000558167 0010 1000088776 9

# New Sale Invoice

**WEST**
A Thomson Reuters business

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA 94105

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

| | |
|---|---:|
| BILLING ACCOUNT # | 1000088776 |
| NEW SALE INVOICE # | 6059818492 |
| ORDER # | 5140774 |
| INVOICE DATE | 06/23/2009 |
| PAYMENT DUE DATE | 07/23/2009 |
| **AMOUNT DUE IN USD** | **5,581.67** |

ATTENTION: PETER J KINSELLA
CASE: Fujitsu Ltd. v. Netgear Inc.
PROJECT MANAGER: JILL MICHELI

01     PAGE 2 OF 2

| PURCHASE ORDER # | DEPO/SRV DT | JOB # | DEPONENT NAME/SERVICE |
|---|---|---|---|
| | 05/21/2009 | CRS-100635-0001 | Peter John Mabey |

West Court Reporting Service "Total Package" includes:
- LiveNote Evidence File (LEF) creation
- Condensed transcript
- Word index
- Signature page
- Transcript production and handling
- Electronic transcript delivery
- Video tape stock and archival
- Video conversion to MPEG1
- Video synchronization

The terms for this order are net 30 days.

westcourtreporting.com | Connecting the Litigation     THANK YOU     TOTAL IN USD     5,581.67

# New Sale Invoice

**WEST**
A Thomson Reuters business

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA 94105

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

| | |
|---|---|
| BILLING ACCOUNT # | 1000088776 |
| NEW SALE INVOICE # | 6060941322 |
| ORDER # | 5272196 |
| INVOICE DATE | 08/24/2009 |
| PAYMENT DUE DATE | 09/23/2009 |
| **AMOUNT DUE IN USD** | **4,779.04** |

ATTENTION: PETER J KINSELLA
CASE: Fujitsu Ltd. v. Netgear Inc.
PROJECT MANAGER: JILL MICHELI

01     PAGE 1 OF 1

| PURCHASE ORDER # | DEPO/SRV DT 07/28/2009 | JOB # CRS-100635-0004 | DEPONENT NAME/SERVICE Matthew Lynde | | | |
|---|---|---|---|---|---|---|
| MATERIAL | DESCRIPTION | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
| 30007130 | ORIGINAL AND ONE TRANSCRIPT | | 271 PG | 4.95 | 0.00 | 1,341.45 |
| 30007134 | EXHIBITS | | 574 PG | 0.40 | 0.00 | 229.60 |
| 30007133 | VIDEOGRAPHER FEE | | 10.00 HR | 140.00 | 0.00 | 1,399.99 |
| 30007141 | REAL TIME CONNECTION | | 271 PG | 1.75 | 17.17 | 491.42 |
| 30007138 | 2-DAY EXPEDITE | | 271 PG | 4.46 | 0.00 | 1,208.66 |
| 30007140 | NEXT DAY SHIPPING FOR WCRS SERVICES | | 1 EA | 107.92 | 0.00 | 107.92 |

West Court Reporting Service "Total Package" includes:
- LiveNote Evidence File (LEF) creation
- Condensed transcript
- Word index
- Signature page
- Transcript production and handling
- Electronic transcript delivery
- Video tape stock and archival
- Video conversion to MPEG1
- Video synchronization

The terms for this order are net 30 days.

westcourtreporting.com | Connecting the Litigation     THANK YOU

| TOTAL IN USD | 4,779.04 |
|---|---|

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| NEW SALE INVOICE# | 6060941322 |
| BILLING ACCOUNT# | 1000088776 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 4,779.04 |
| AMOUNT ENCLOSED IN USD | |

West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

ATTN: PETER J KINSELLA
FAEGRE & BENSON LLP
WEST COURT REPORTING SVCS ACCOUNT
3200 WELLS FARGO CTR
1700 LINCOLN ST STE 3200
DENVER CO 80203-4532

6060941322 00000000000000000000000 20090824 ZINV 000477904 0010 1000088776 6

# New Sale Invoice

**WEST.**
A Thomson Reuters business

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA 94105

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

| BILLING ACCOUNT # | 1000088776 |
|---|---|
| NEW SALE INVOICE # | 6060960818 |
| ORDER # | 5276554 |
| INVOICE DATE | 08/25/2009 |
| PAYMENT DUE DATE | 09/24/2009 |
| **AMOUNT DUE IN USD** | **4,933.04** |

ATTENTION: PETER J KINSELLA
CASE: Fujitsu Ltd. v. Netgear Inc.
PROJECT MANAGER: JILL MICHELI        01        PAGE 1 OF 1

| PURCHASE ORDER # | DEPO/SRV DT | JOB # | DEPONENT NAME/SERVICE | | | |
|---|---|---|---|---|---|---|
| | 07/24/2009 | CRS-100635-0003 | David Bagby | | | |
| MATERIAL | DESCRIPTION | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
| 30007130 | ORIGINAL AND ONE TRANSCRIPT | | 230 PG | 4.95 | 0.00 | 1,138.50 |
| 30007134 | EXHIBITS | | 2968 PG | 0.40 | 0.00 | 1,187.20 |
| 30007133 | VIDEOGRAPHER FEE | | 8.00 HR | 140.00 | 0.00 | 1,119.99 |
| 30007141 | REAL TIME CONNECTION | | 230 PG | 1.75 | 14.57 | 417.07 |
| 30007139 | 3-DAY EXPEDITE | | 230 PG | 3.96 | 0.00 | 910.80 |
| 30007140 | NEXT DAY SHIPPING FOR WCRS SERVICES | | 1 EA | 159.48 | 0.00 | 159.48 |

West Court Reporting Service "Total Package" includes:
- LiveNote Evidence File (LEF) creation
- Condensed transcript
- Word index
- Signature page
- Transcript production and handling
- Electronic transcript delivery
- Video tape stock and archival
- Video conversion to MPEG1
- Video synchronization

The terms for this order are net 30 days.

westcourtreporting.com | Connecting the Litigation       THANK YOU       **TOTAL IN USD       4,933.04**

---

**RETURN BOTTOM PORTION WITH PAYMENT**

| NEW SALE INVOICE# | 6060960818 |
|---|---|
| BILLING ACCOUNT# | 1000088776 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 4,933.04 |
| AMOUNT ENCLOSED IN USD | |

**West Payment Center**
P.O. Box 6292
Carol Stream, IL 60197-6292

ATTN: PETER J KINSELLA
FAEGRE & BENSON LLP
WEST COURT REPORTING SVCS ACCOUNT
3200 WELLS FARGO CTR
1700 LINCOLN ST STE 3200
DENVER CO 80203-4532

6060960818 00000000000000000000000 20090825 ZINV 000493304 0010 1000088776 0



**XACT DATA DISCOVERY**
Because you need to know

Xact Data Discovery - MNMN
612-305-1330
REMIT PAYMENT TO:
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

# INVOICE

Invoice Number: 04-96689

Invoice Date: 06/16/09

Customer ID: 04FAEGRE

Page: 1

Bill To: FAEGRE AND BENSON
90 South 7th Street Suite 2200
MINNEAPOLIS, MN 55402

Ship To: FAEGRE AND BENSON
90 South 7th Street Suite 2200
MINNEAPOLIS, MN 55402

| | | | |
|---|---|---|---|
| Ship Via | Delivery | Contact | ~~Leanne O'Brien~~ Nick Thul |
| Ship Agent | Delivered by Xact | P.O. Number | 04-0600271 |
| Ship Date | 06/16/09 | Case Number | 37-6532 |
| Due Date | 07/16/09 | Job No. | 04-0600271 |
| Terms | Net 30 Days | SalesPerson | Carrie Brown |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE9400 | Video Sync - Williams_Joel_012009_1a | Per Hour | 1.88 | 127.09 |
| IMAGE9400 | Video Sync - Williams_Joel_012009_1b | Per Hour | 1.45 | 98.02 |
| IMAGE9400 | Video Sync - Williams_Joel_012009_2a | Per Hour | 1.29 | 87.20 |
| IMAGE9400 | Video Sync - Williams_Joel_012009_2b | Per Hour | 1.28 | 86.53 |
| IMAGE9400 | Video Sync - Williams_Joel_012009_2c | Per Hour | 1.15 | 77.74 |
| IMAGE9400 | Video Sync - Williams_Joel_012009_3 | Per Hour | 0.12 | 8.11 |
| IMAGE9300 | Video Conversion - Williams_Joel_012009 | Each Item | 1.88 | 78.21 |
| IMAGE9300 | Video Conversion - Williams_Joel_012009 | Each Item | 1.45 | 60.32 |
| IMAGE9300 | Video Conversion - Williams_Joel_012009 | Each Item | 1.29 | 53.66 |
| IMAGE9300 | Video Conversion - Williams_Joel_012009 | Each Item | 1.28 | 53.25 |
| IMAGE9300 | Video Conversion - Williams_Joel_012009 | Each Item | 1.15 | 47.84 |
| IMAGE9300 | Video Conversion - Williams_Joel_012009 | Each Item | 0.12 | 4.99 |
| IMAGE9300 | Video Conversion - Vernon_Thomas_Rhyn | Each Item | 1.48 | 61.57 |
| IMAGE9300 | Video Conversion - Vernon_Thomas_Rhyn | Each Item | 0.98 | 40.77 |
| IMAGE9300 | Video Conversion - Vernon_Thomas_Rhyn | Each Item | 1.67 | 69.47 |
| IMAGE9300 | Video Conversion - Vernon_Thomas_Rhyn | Each Item | 0.93 | 38.69 |
| IMAGE3000 | CD Rom | Each Item | 6 | 120.00 |
| Transferred to page 2................................ | | | | 1,113.46 |



**XACT DATA DISCOVERY**
*Because you need to know*

Xact Data Discovery - MNMN
612-305-1330
REMIT PAYMENT TO:
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

# INVOICE

Invoice Number: 04-96689

Invoice Date: 06/16/09

Customer ID: 04FAEGRE

Page: 2

| Bill To: | FAEGRE AND BENSON<br>90 South 7th Street Suite 2200<br>MINNEAPOLIS, MN 55402 | Ship To: | FAEGRE AND BENSON<br>90 South 7th Street Suite 2200<br>MINNEAPOLIS, MN 55402 |
|---|---|---|---|

| Ship Via | Delivery | Contact | Leanne O'Brien |
|---|---|---|---|
| Ship Agent | Delivered by Xact | P.O. Number | 04-0600271 |
| Ship Date | 06/16/09 | Case Number | 37-6532 |
| Due Date | 07/16/09 | Job No. | 04-0600271 |
| Terms | Net 30 Days | SalesPerson | Carrie Brown |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| Transferred from page 1............................ | | | | 1,113.46 |
| IMAGE3050 | DVD Rom | Each Item | 4 | 120.00 |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Subtotal: | 1,233.46 |
|---|---|---|---|
| 1,233.46 | 0.00 | Invoice Discount: | 0.00 |
| | | Sales Tax: | 91.52 |
| | | **Total:** | **1,324.98** |

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____     .     Date:_____



**XACT DATA DISCOVERY**
Because you need to know

Xact Data Discovery - MNMN
612-305-1330
REMIT PAYMENT TO:
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

# INVOICE

Invoice Number: 04-96780

Invoice Date: 06/22/09

Customer ID: 04FAEGRE

Page: 1

| | | |
|---|---|---|
| ill<br>o: | FAEGRE AND BENSON<br>90 South 7th Street Suite 2200<br>MINNEAPOLIS, MN 55402 | Ship FAEGRE AND BENSON<br>To: 90 South 7th Street Suite 2200<br>MINNEAPOLIS, MN 55402 |

| | | | |
|---|---|---|---|
| hip Via | Delivery | Contact | ~~Leanne O'Brien~~ Nick Thul |
| hip Agent | Delivered by Xact | P.O. Number | 04-0600344 |
| hip Date | 06/23/09 | Case Number | 37-6532 |
| ue Date | 07/22/09 | Job No. | 04-0600344 |
| erms | Net 30 Days | SalesPerson | Carrie Brown |

| /Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| GE9400 | Video Sync - Akipvit1.mpg | Per Hour | 1.72 | 116.27 |
| GE9400 | Video Sync - Akipvit2.mpg | Per Hour | 0.35 | 23.66 |
| GE3000 | CD Rom | Each Item | 1 | 20.00 |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Subtotal: | 159.93 |
|---|---|---|---|
| 159.93 | 0.00 | Invoice Discount: | 0.00 |
| | | Sales Tax: | 11.87 |
| | | Total: | 171.80 |

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____    Date:_____



**XACT DATA DISCOVERY**
Because you need to know

RECEIVED JUL 2 3 2009

# INVOICE

Invoice Number: 04-97173

Invoice Date: 07/23/09

Customer ID: 04FAEGRE

Page: 1

Xact Data Discovery - MNMN
612-305-1330
REMIT PAYMENT TO:
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

| Bill To: | FAEGRE AND BENSON<br>90 South 7th Street Suite 2200<br>MINNEAPOLIS, MN 55402 | Ship To: | FAEGRE AND BENSON<br>90 South 7th Street Suite 2200<br>MINNEAPOLIS, MN 55402 |
|---|---|---|---|

| Ship Via | Delivery | Contact | Leanne O'Brien |
|---|---|---|---|
| Ship Agent | Delivered by Xact | P.O. Number | 04-0700217 |
| Ship Date | 07/23/09 | Case Number | NETGEAR 376532 |
| Due Date | 08/22/09 | Job No. | 04-0700217 |
| Terms | Net 30 Days | SalesPerson | Carrie Brown |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| OS1999 | Video Digitization/Sync-Rush-Cheong | Each Item | 1.48 | 100.05 |
| OS1999 | Video Digitization/Sync-Rush-Donovan | Each Item | 4.01 | 271.08 |
| OS1999 | Video Digitization/Sync-Rush-Jason | Each Item | 2.43 | 164.27 |
| OS1999 | Video Digitization/Sync-Rush-Kho | Each Item | 3.07 | 207.53 |
| OS1999 | Video Digitization/Sync-Rush-Kopikare | Each Item | 4.2 | 283.92 |
| OS1999 | Video Digitization/Sync-Rush-Sachs | Each Item | 4.45 | 300.82 |
| OS1999 | Video Digitization/Sync-Rush-Shimoda | Each Item | 2.25 | 152.10 |
| OS1999 | Video Digitization/Sync-Rush-Yamanishi | Each Item | 4.47 | 302.17 |
| IMAGE9300 | Video Conversion | Each Item | 4.66 | 193.86 |
| SERV3000 | Electronic Delivery - Via FTP | Per Hour | 1 | 35.00 |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Subtotal: | 2,010.80 |
|---|---|---|---|
| 2,010.80 | 0.00 | Invoice Discount: | 0.00 |
| | | Sales Tax: | 156.34 |
| | | Total: | 2,167.14 |

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____  Date:_____