# EXHIBIT D



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

| My Accounts | Transaction Search | My Profile | Logout |

You are currently LOGGED IN

- Home
- Online Shopping
- FAQ

### Transaction Details

| | | | |
|---|---|---|---|
| Type: | Sale | Name/Number: | 7185357 |
| Status: | Active | Attorney Docket Number: | 376532 (CROBNETT) |
| Accounting Date: | 05/19/2009 | | |

#### Sale Items

| Name/Number | Attorney Docket Number | Status | Quantity | Item Total | Payment Amount | Fee Code | Description |
|---|---|---|---|---|---|---|---|
| 07192815 | 376532 (CROBNETT) | Active | 1 | $200.00 | $200.00 | 8008 | COPY OF PATENT-RELATED FILE WRAPPER AND CONTENTS OF 400 OR FEWER PAGES, IF PROVIDED ON PAPER |
| 07192815 | 376532 (CROBNETT) | Active | 1 | $25.00 | $25.00 | 8010 | ADDTL. FEE FOR CERTIFICATION OF PATENT-RELATED FILE WRAPPER AND (PAPER) CONTENTS PER CFR 1.19(B)(1)(I)(D) |

#### Payment Details

| Payment Type | Total Payment Amount | Payment Date | Payment Amount (this sale) |
|---|---|---|---|
| Deposit Account | $225.00 | 05/19/2009 | $225.00 |

< Back



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

My Accounts    Transaction Search    My Profile    Logout

You are currently LOGGED IN

- Home
- Online Shopping
- FAQ

### Transaction Details

| Type: | Sale | Name/Number: | 7185357 |
| Status: | Active | Attorney Docket Number: | |
| Accounting Date: | 05/26/2009 | | |

**Sale items**

| Name/Number | Attorney Docket Number | Status | Quantity | Item Total | Payment Amount | Fee Code | Description |
|---|---|---|---|---|---|---|---|
| 7185357 | | Active | 3 | $40.00 | $120.00 | 8009 | FEE FOR EACH ADDTL. 100 PAGES OR PORTION OF PATENT-RELATED FILE WRAPPER AND (PAPER) CONTENTS |

**Payment Details**

| Payment Type | Total Payment Amount | Payment Date | Payment Amount (this sale) |
|---|---|---|---|
| Deposit Account | $120.00 | 05/26/2009 | $120.00 |

[< Back]