# EXHIBIT E

## Faegre & Benson In-House Graphical Artists

| Description | Hours | Hourly Rate | Bill Amount |
|---|---|---|---|
| Charmaine M. Whitman | 43.40 | $97.99 | $4,252.33 |
| Michelle A. Munkel | 227.10 | $117.02 | $26,574.62 |
| Stephen M. Doyscher | 47.00 | $167.69 | $7881.22 |



# FASTSIGNS
### Sign & Graphic Solutions Made Simple.

**FASTSIGNS**
733 Marquette Ave. S.
Minneapolis, MN 55402

Phone (612)338-2629
Fax. (612)338-1614
Email 196@fastsigns.com

**INVOICE**     196 44602

Page 1 of 7   Date Ordered   8/12/2009   2:02:14PM
Due Date: 8/14/2009   Time: 1:00:00PM
Salesperson:   Coleen Burckhard
Entered By:   Coleen Burckhard

**Project Descripti**   Presentatation Magnets 3/16" GatorFoam

**Customer:** Faegre & Benson, LLP
**Ordered by:** Charmaine Whitman
**Phone:** (612) 766-7525

90 South 7th St
Suite 2200
Minneapolis, MN 55402

Email cwhitman@faegre.com

| PRODUCT | DESCRIPTION | QTY | SIDE | H x W | UNIT COS | TOTALS |
|---|---|---|---|---|---|---|
| Solvent Print | Full color, glossy, digital print on 3/16" GatorFoam with Magnetic backer. This sign(s) can be used indoors indefinitely and can be exposed to direct sunlight for 3-4 years without fading. | 15 | 1 | 7.5 x 3 | $16.57 | $248.50 |

**Color** Digital
**Text:**



**Bill To:** Faegre & Benson, LLP
Attention: Charmaine Whitman
90 South 7th St
Suite 2200
Minneapolis, MN 55402

Copyright © 2005 FASTSIGNS

...... Referrals are ALWAYS appreciated .......



# FASTSIGNS
### Sign & Graphic Solutions Made Simple.

**FASTSIGNS**
733 Marquette Ave. S.
Minneapolis, MN 55402

Phone (612)338-2629
Fax. (612)338-1614
Email 196@fastsigns.com

**INVOICE**     196 44602

Date Ordered 8/12/2009 2:02:14PM
Due Date: 8/14/2009 Time: 1:00:00PM
Salesperson: Coleen Burckhard
Entered By: Coleen Burckhard

| PRODUCT | DESCRIPTION | QTY | SIDE | H x W | UNIT COS | TOTALS |
|---|---|---|---|---|---|---|
| Solvent Print | Full color, glossy, digital print on 3/16" GatorFoam with Magnetic backer. This sign(s) can be used indoors indefinitely and can be exposed to direct sunlight for 3-4 years without fading. | 25 | 1 | 15 x 3 | $17.22 | $430.50 |
| **Color** Digital **Text:** | | | | | | |
| Solvent Print | Full color, glossy, digital print on 3/16" GatorFoam with Magnetic backer. This sign(s) can be used indoors indefinitely and can be exposed to direct sunlight for 3-4 years without fading. | 6 | 1 | 15 x 9.75 | $22.50 | $135.00 |
| **Color** Digital **Text:** | | | | | | |



Bill To: Faegre & Benson, LLP
Attention: Charmaine Whitman
90 South 7th St
Suite 2200
Minneapolis, MN 55402

Copyright © 2005 FASTSIGNS

...... Referrals are ALWAYS appreciated .......



**FASTSIGNS**
733 Marquette Ave. S.
Minneapolis, MN  55402

Phone (612)338-2629
Fax.  (612)338-1614
Email 196@fastsigns.com

**INVOICE**     196 44602

Date Ordered    8/12/2009   2:02:14PM
Due Date: 8/14/2009   Time: 1:00:00PM
Salesperson:           Coleen Burckhard
Entered By:            Coleen Burckhard

| PRODUCT | DESCRIPTION | QTY | SIDE | H x W | UNIT COS | TOTALS |
|---|---|---|---|---|---|---|
| **Solvent Print** <br><br> **Color** Digital <br> **Text:** | Full color, glossy, digital print on 3/16" GatorFoam with Magnetic backer. This sign(s) can be used indoors indefinitely and can be exposed to direct sunlight for 3-4 years without fading. **REDACTED** | 1 | 1 | 15 x 29.25 | $68.50 | $68.50 |
| **Solvent Print** <br><br> **Color** Digital <br> **Text:** | Full color, glossy, digital print on 3/16" GatorFoam with Magnetic backer. This sign(s) can be used indoors indefinitely and can be exposed to direct sunlight for 3-4 years without fading. **REDACTED** | 1 | 1 | 15 x 36 | $81.00 | $81.00 |
| **Solvent Print** <br><br> **Color** Digital on White <br> **Text:** | Full color, glossy, digital print on 3/16" GatorFoam with Magnetic backer. This sign(s) can be used indoors indefinitely and can be exposed to direct sunlight for 3-4 years without fading. **REDACTED** | 1 | 1 | 16 x 27 | $72.50 | $72.50 |
| **Solvent Print** <br><br> **Color** White <br> **Text:** | Full color, glossy, digital print with Dry Erase Laminate on 3/16" GatorFoam with Magnetic backer. This sign(s) can be used indoors indefinitely and can be exposed to direct sunlight for 3-4 years without fading. **REDACTED** | 8 | 1 | 7.5 x 3 | $17.63 | $141.00 |

Bill To:   Faegre & Benson, LLP
Attention:  Charmaine Whitman
90 South 7th St
Suite 2200
Minneapolis, MN  55402

Copyright © 2005 FASTSIGNS

...... Referrals are ALWAYS appreciated .......



**FASTSIGNS**
733 Marquette Ave. S.
Minneapolis, MN 55402

Phone (612)338-2629
Fax. (612)338-1614
Email 196@fastsigns.com

Date Ordered 8/12/2009 2:02:14PM
Due Date: 8/14/2009 Time: 1:00:00PM
Salesperson: Coleen Burckhard
Entered By: Coleen Burckhard

| PRODUCT | DESCRIPTION | QTY | SIDE | H x W | UNIT COS | TOTALS |
|---|---|---|---|---|---|---|
| Solvent Print | Full color, glossy, digital print with Dry Erase Laminate on 3/16" GatorFoam with Magnetic backer. This sign(s) can be used indoors indefinitely and can be exposed to direct sunlight for 3-4 years without fading. **REDACTED** | 8 | 1 | 15 x 3 | $19.00 | $152.00 |
| Color: White Text: | | | | | | |
| Solvent Print | Full color, glossy, digital print with Dry Erase Laminate on 3/16"GatorFoam with Magnetic backer. This sign(s) can be used indoors indefinitely and can be exposed to direct sunlight for 3-4 years without fading. **REDACTED** | 3 | 1 | 15 x 9.75 | $30.00 | $90.00 |
| Color: White Text: | | | | | | |
| Solvent Print | Full color, glossy, digital print with Dry Erase Laminate on 3/16" GatorFoam with Magnetic backer. This sign(s) can be used indoors indefinitely and can be exposed to direct sunlight for 3-4 years without fading. **REDACTED** | 1 | 1 | 15 x 29.25 | $90.00 | $90.00 |
| Color: White Text: | | | | | | |

Bill To: Faegre & Benson, LLP
Attention: Charmaine Whitman
90 South 7th St
Suite 2200
Minneapolis, MN 55402

Copyright © 2005 FASTSIGNS

....... Referrals are ALWAYS appreciated ........

C:\DOCUME~1\Staff\LOCALS~1\Temp\SMSC\Reports\Custom001009017270.RPT



**FASTSIGNS**
Sign & Graphic Solutions Made Simple.

**FASTSIGNS**
733 Marquette Ave. S.
Minneapolis, MN 55402

Phone (612)338-2629
Fax. (612)338-1614
Email 196@fastsigns.com

**INVOICE** 196 44602

Date Ordered 8/12/2009 2:02:14PM
Due Date: 8/14/2009 Time: 1:00:00PM
Salesperson: Coleen Burckhard
Entered By: Coleen Burckhard

| PRODUCT | DESCRIPTION | QTY | SIDE | H x W | UNIT COS | TOTALS |
|---|---|---|---|---|---|---|
| Solvent Print | Full color, glossy, digital print on 3/16" GatorFoam with Magnetic backer. This sign(s) can be used indoors indefinitely and can be exposed to direct sunlight for 3-4 years without fading. | 23 | 1 | 7.5 x 3 | $16.46 | $378.50 |
| Color | Digital | | | | | |
| Text: | | | | | | |

REDACTED

Bill To: Faegre & Benson, LLP
Attention: Charmaine Whitman
90 South 7th St
Suite 2200
Minneapolis, MN 55402

Copyright © 2005 FASTSIGNS

...... Referrals are ALWAYS appreciated .......

C:\DOCUME~1\Staff\LOCALS~1\Temp\SMSC\Reports\Custom001009017270.RPT


# INVOICE      196 44602

**FASTSIGNS**
733 Marquette Ave. S.
Minneapolis, MN 55402

Phone (612)338-2629
Fax. (612)338-1614
Email 196@fastsigns.com

Date Ordered 8/12/2009 2:02:14PM
Due Date: 8/14/2009 Time: 1:00:00PM
Salesperson: Coleen Burckhard
Entered By: Coleen Burckhard

| PRODUCT | DESCRIPTION | QTY | SIDE | H x W | UNIT COS | TOTALS |
|---|---|---|---|---|---|---|
| Solvent Print | Full color, glossy, digital print on 3/16" GatorFoam with Magnetic backer. This sign(s) can be used indoors indefinitely and can be exposed to direct sunlight for 3-4 years without fading. | 44 | 1 | 15 x 3 | $17.14 | $754.00 |
| **Color** Digital | | | | | | |
| **Text:** | | | | | | |

REDACTED

Bill To: Faegre & Benson, LLP
Attention: Charmaine Whitman
90 South 7th St
Suite 2200
Minneapolis, MN 55402

Copyright © 2005 FASTSIGNS

...... Referrals are ALWAYS appreciated .......

C:\DOCUME~1\Staff\LOCALS~1\Temp\SMSC\Reports\Custom001009017270.RPT



**FASTSIGNS**
733 Marquette Ave. S.
Minneapolis, MN 55402

Phone (612)338-2629
Fax. (612)338-1614
Email 196@fastsigns.com

**INVOICE** 196 44602

Page 7 of 7
Date Ordered 8/12/2009 2:02:14PM
Due Date: 8/14/2009 Time: 1:00:00PM
Salesperson: Coleen Burckhard
Entered By: Coleen Burckhard

| PRODUCT | DESCRIPTION | QTY | SIDE | H x W | UNIT COS | TOTALS |
|---|---|---|---|---|---|---|
| **Solvent Print** | Full color, glossy, digital print on 3/16" GatorFoam with Magnetic backer. This sign(s) can be used indoors indefinitely and can be exposed to direct sunlight for 3-4 years without fading. | 6 | 1 | 15 x 9.75 | $22.50 | $135.00 |
| **Color** Digital **Text:** | REDACTED | | | | | |
| pro | Staff shop time required to complete a project or some aspect of a project computed at the rate of $30 for every 15 minutes with a $30 minimum. | 8 | 1 | 0 x 0 | $30.00 | $240.00 |

Payments Received (thank yo

| Date | Amount | Payment Method | Tracking Number |
|---|---|---|---|
| 8/13/2009 12:34:04 | $1,625.52 | Check | 802319 |
| Total Payments: | $1,625.52 | | |

Other Payments: _____/_____
Form of Payment     Amount

**TERMS:** All Payments are due at our offices within 30 days of order completion.

_____/_____
RECEIVED/ACCEPTED BY     DATE

| Line Item Total: | $3,016.50 |
|---|---|
| Subtotal: | $3,016.50 |
| Taxes: | $234.53 |
| Total: | $3,251.03 |
| Total Payments: | $1,625.52 |
| Balance Due: | $1,625.51 |

Bill To: Faegre & Benson, LLP
Attention: Charmaine Whitman
90 South 7th St
Suite 2200
Minneapolis, MN 55402

Copyright © 2005 FASTSIGNS

...... Referrals are ALWAYS appreciated .......



| | | | |
|---|---|---|---|
| Invoice Number | 005598 | | |
| Invoice Date | June 08, 2009 | | |
| PO Number | | | |
| Project | FB NETGEAR | | |
| Page | 1 of 1 | | |
| Please remit to: | Z-Axis Corporation<br>ATTN: Accounts Receivable<br>5445 DTC Parkway, Suite 450<br>Greenwood Village, CO 80111 | | |

Ken Liebman
Faegre & Benson
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402

| | | | |
|---|---|---|---|
| **Trial Presentation Consultant** | Nicole Rullet | **Visual Strategist** | Alan Treibitz |

**Project** FB Netgear
**Case Name** Fujitsu Limited; LG Electronics; U.S. Phillips Corporation v. Netgear, Inc.

| | Qty | Rate | Total |
|---|---|---|---|



**Network Animation**

| | Qty | Rate | Total |
|---|---|---|---|
| Producer | 4.25 | 150.00 | 637.50 |
| Editor | 1.25 | 310.00 | 387.50 |
| Multimedia Artist | 27.50 | 260.00 | 7,150.00 |
| Electronic Graphics Artist | 20.00 | 150.00 | 3,000.00 |
| **Subtotal: Network Animation** | | | 11,175.00 |



| | | | |
|---|---|---|---|
| | Invoice Number | 005592 | |
| | Invoice Date | May 31, 2009 | |
| | PO Number | | |
| | Project | FB NETGEAR | |
| | Page | 1 of 2 | |
| | Please remit to: | Z-Axis Corporation | |
| | | ATTN: Accounts Receivable | |
| | | 5445 DTC Parkway, Suite 450 | |
| | | Greenwood Village, CO 80111 | |

Ken Liebman
Faegre & Benson
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402

**Trial Presentation Consultant**     Nicole Rullet     **Visual Strategist**     Alan Treibitz

Project      FB Netgear
Case Name    Fujitsu Limited; LG Electronics; U.S. Phillips Corporation v. Netgear, Inc.

| | Qty | Rate | Total |
|---|---|---|---|
| Design & Direction | | | |

REDACTED

Network Animation

| | Qty | Rate | Total |
|---|---|---|---|
| Producer | 9.00 | 150.00 | 1,350.00 |
| Editor | 2.50 | 310.00 | 775.00 |
| Multimedia Artist | 24.25 | 260.00 | 6,305.00 |
| Electronic Graphics Artist | 44.50 | 150.00 | 6,675.00 |
| Data Tech | 0.25 | 90.00 | 22.50 |



Faegre & Benson

| | Qty | Rate | Total |
|---|---|---|---|

| Subtotal: Network Animation | | | 15,127.50 |

REDACTED



# amazon.com

**Billing Address:**
Tracy Kinsella
PO 9490
Avon, CO 81620
United States

http://www.amazon.com



For detailed information about this and other orders, please visit Your Account. You can also print invoices, change your e-mail address and payment settings, alter your communication preferences, and much more – 24 hours a day – at http://www.amazon.com/your-account.

## Returns Are Easy!

Visit http://www.amazon.com/returns to return any item – including gifts – in unopened or original condition within 30 days for a full refund (other restrictions apply). Please have your order ID ready.

Thanks for shopping at Amazon.com, and please come again!

**Shipping Address:**
Tracy Kinsella
167 ASPEN MEADOW DRIVE
EDWARDS, CO 81632
United States

little card
big smile™

amazongiftcards
www.amazon.com/giftcards

**Your order of April 10, 2009 (Order ID 002-0032729-1456246)**

| Qty. | Item | Item Price | Total |
|---|---|---|---|
| | **IN THIS SHIPMENT** | | |
| 1 | 802.11 Wireless Networks: The Definitive Guide, Second Edition<br>Gast, Matthew --- Paperback<br>(** E-3 **) 0596100523<br>0596100523 | $29.67 | $29.67 |
| 1 | 802.11 Wireless LAN Fundamentals<br>Roshan, Pejman --- Hardcover<br>(** E-3 **) 1587050773<br>1587050773 | $44.00 | $44.00 |

|  |  |
|---|---|
| Subtotal | $73.67 |
| Shipping & Handling | $7.98 |
| Order Total | $81.65 |
| Paid via Visa | $81.65 |
| Balance due | $0.00 |

This shipment completes your order.




Hello, Tracy Kinsella. We have recommendations for you. (Not Tracy?) Earth Day Savings: Pro-Planet & Wallet-Wise

| Tracy's Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Account | Help |

All Departments

## Your Account > Where's My Stuff? > Order Summary

### When will your items arrive?

**Shipment #1:** 1 item - delivery estimate: April 15, 2009 - April 22, 2009

**Order Placed:** April 10, 2009
**Amazon.com order number:** 002-9501414-2093054
**Order Total:** $88.27

### Shipment #1: Ordered from 778books

Problem with this order?

Shipping estimate: April 13, 2009 - April 14, 2009
↳ Delivery estimate: April 15, 2009 - April 22, 2009

**Shipping Address:**
Pete Kinsella
3200 Wells Fargo Center
1700 Lincoln St
Denver, CO 80203
United States

**Shipping Speed:**
Expedited Shipping

**Items Ordered**
1 of: **The IEEE 802.11 Handbook: A Designer's Companion** [Paperback]
By: Bob O'Hara, Al Petrick
Condition: Used - Like New
Sold by: 778books (seller profile)
- 1 item(s) Gift options: None

**Price**
$81.28

Item(s) Subtotal: $81.28
Shipping & Handling: $6.99
-----
Total Before Tax: $88.27
Sales tax: $0.00
-----
**Total for this Shipment: $88.27**

### Your seller feedback about this order

**Seller Name**

778books     Leave Seller Feedback(opportunity expires in 87 days)     Leave seller feedback

See all orders awaiting feedback

### Payment Information

Need to print an invoice?

**Payment Method:**
Visa | Last digits: 6312

**Billing Address:**
Tracy Kinsella
PO 9490
Avon, CO 81620
United States

Item(s) Subtotal: $81.28
Shipping & Handling: $6.99
-----
Total Before Tax: $88.27
Estimated Tax: $0.00
-----
**Grand Total: $88.27**
See tax and seller information

| Where's My Stuff? | Shipping & Returns | Need Help? |