

| Date | Tkpr | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/08/2008 | KSTECKEL | Kristina M. Steckelberg | COPYING | 560.00 | 0.10 | 56.00 | Copy charges notebooks | 2536066 |
| 03/10/2008 | | Invoice=1398096 | | 560.00 | 0.10 | 56.00 | | |
| 02/15/2008 | KSTECKEL | Kristina M. Steckelberg | COPYING | 294.00 | 0.10 | 29.40 | Copy charges trial book | 2540758 |
| 03/10/2008 | | Invoice=1398096 | | 294.00 | 0.10 | 29.40 | | |
| 03/05/2008 | KGN | Kristin Graham Noel | COPYING | 37.00 | 0.10 | 3.70 | Copy charges discovery | 2550909 |
| 04/03/2008 | | Invoice=1403942 | | 37.00 | 0.10 | 3.70 | | |
| 03/11/2008 | JRC | James R. Cole | COPYING | 502.00 | 0.10 | 50.20 | Copy charges documents | 2553358 |
| 04/03/2008 | | Invoice=1403942 | | 502.00 | 0.10 | 50.20 | | |
| 03/12/2008 | JRC | James R. Cole | COPYING | 2.00 | 0.10 | 0.20 | Copy charges letter to J. Skilton | 2553927 |
| 04/03/2008 | | Invoice=1403942 | | 2.00 | 0.10 | 0.20 | | |
| 03/24/2008 | JRC | James R. Cole | COPYING | 14.00 | 0.10 | 1.40 | Copy charges letters | 2559409 |
| 04/03/2008 | | Invoice=1403942 | | 14.00 | 0.10 | 1.40 | | |
| 03/26/2008 | TKINCAID | Tina M. Kincaid | COPYING | 5.00 | 0.10 | 0.50 | Copy charges letters | 2561629 |
| 04/03/2008 | | Invoice=1403942 | | 5.00 | 0.10 | 0.50 | | |
| 04/09/2008 | KSTECKEL | Kristina M. Steckelberg | COPYING | 1.00 | 0.10 | 0.10 | Copy charges filing | 2569327 |
| 05/30/2008 | | Invoice=1418116 | | 1.00 | 0.10 | 0.10 | | |
| 04/15/2008 | MWOKASCH | Michael L. Wokasch | COPYING | 1030.00 | 0.10 | 103.00 | Copy charges references | 2572101 |
| 05/30/2008 | | Invoice=1418116 | | 1030.00 | 0.10 | 103.00 | | |
| 04/15/2008 | MWOKASCH | Michael L. Wokasch | COPYING | 352.00 | 0.10 | 35.20 | Copy charges references | 2572102 |
| 05/30/2008 | | Invoice=1418116 | | 352.00 | 0.10 | 35.20 | | |
| 04/18/2008 | JRC | James R. Cole | COPYING | 120.00 | 0.10 | 12.00 | Copy charges DOCUMENTS | 2574225 |
| 05/30/2008 | | Invoice=1418116 | | 120.00 | 0.10 | 12.00 | | |
| 04/18/2008 | KGN | Kristin Graham Noel | COPYING | 138.00 | 0.10 | 13.80 | Copy charges pleadings | 2574226 |
| 05/30/2008 | | Invoice=1418116 | | 138.00 | 0.10 | 13.80 | | |
| 04/18/2008 | KGN | Kristin Graham Noel | COPYING | 130.00 | 0.10 | 13.00 | Copy charges pleadings | 2574227 |
| 05/30/2008 | | Invoice=1418116 | | 130.00 | 0.10 | 13.00 | | |
| 04/18/2008 | JBENKERS | Josephine K Benkers | COPYING | 80.00 | 0.10 | 8.00 | Copy charges bates docs | 2574228 |
| 05/30/2008 | | Invoice=1418116 | | 80.00 | 0.10 | 8.00 | | |
| 04/22/2008 | DKS | Donald K. Schott | COPYING | 2.00 | 0.10 | 0.20 | Copy charges letter | 2575642 |
| 05/30/2008 | | Invoice=1418116 | | 2.00 | 0.10 | 0.20 | | |
| 05/05/2008 | TKINCAID | Tina M. Kincaid | COPYING | 288.00 | 0.10 | 28.80 | Copy charges pleadings | 2581713 |
| 07/07/2008 | | Invoice=1426157 | | 288.00 | 0.10 | 28.80 | | |

| Date | Initials | Name | Invoice Number | Code | Quantity | Rate | Amount | Description | Cost ID |
|---|---|---|---|---|---|---|---|---|---|
| 05/21/2008 | JRC | James R. Cole | | COPYING | 2.00 | 0.10 | 0.20 | Copy charges letter | 2589854 |
| 07/07/2008 | | | Invoice=1426157 | | 2.00 | 0.10 | 0.20 | | |
| 06/06/2008 | TKINCAID | Tina M. Kincaid | | COPYING | 4.00 | 0.10 | 0.40 | Copy charges letter | 2597400 |
| 07/07/2008 | | | Invoice=1426157 | | 4.00 | 0.10 | 0.40 | | |
| 06/13/2008 | KSTECKEL | Kristina M. Steckelberg | | COPYING | 4.00 | 0.10 | 0.40 | Copy charges filing | 2600591 |
| 07/07/2008 | | | Invoice=1426157 | | 4.00 | 0.10 | 0.40 | | |
| 06/18/2008 | LOLSEN | Laura Olsen Dugan | | COPYING | 3.00 | 0.10 | 0.30 | Copy charges dictionary | 2602433 |
| 07/07/2008 | | | Invoice=1426157 | | 3.00 | 0.10 | 0.30 | | |
| 06/18/2008 | LOLSEN | Laura Olsen Dugan | | COPYING | 1.00 | 0.10 | 0.10 | Copy charges dictionary | 2602434 |
| 07/07/2008 | | | Invoice=1426157 | | 1.00 | 0.10 | 0.10 | | |
| 06/18/2008 | LOLSEN | Laura Olsen Dugan | | COPYING | 20.00 | 0.10 | 2.00 | Copy charges dictionary | 2602435 |
| 07/07/2008 | | | Invoice=1426157 | | 20.00 | 0.10 | 2.00 | | |
| 06/18/2008 | LOLSEN | Laura Olsen Dugan | | COPYING | 1.00 | 0.10 | 0.10 | Copy charges dictionary | 2602436 |
| 07/07/2008 | | | Invoice=1426157 | | 1.00 | 0.10 | 0.10 | | |
| 06/18/2008 | LOLSEN | Laura Olsen Dugan | | COPYING | 1.00 | 0.10 | 0.10 | Copy charges dictionary | 2602437 |
| 07/07/2008 | | | Invoice=1426157 | | 1.00 | 0.10 | 0.10 | | |
| 06/19/2008 | LOLSEN | Laura Olsen Dugan | | COPYING | 14.00 | 0.10 | 1.40 | Copy charges dictionary | 2603222 |
| 07/07/2008 | | | Invoice=1426157 | | 14.00 | 0.10 | 1.40 | | |
| 06/19/2008 | LOLSEN | Laura Olsen Dugan | | COPYING | 4.00 | 0.10 | 0.40 | Copy charges dictionary | 2603223 |
| 07/07/2008 | | | Invoice=1426157 | | 4.00 | 0.10 | 0.40 | | |
| 06/19/2008 | LOLSEN | Laura Olsen Dugan | | COPYING | 1.00 | 0.10 | 0.10 | Copy charges dictionary | 2603224 |
| 07/07/2008 | | | Invoice=1426157 | | 1.00 | 0.10 | 0.10 | | |
| 06/19/2008 | LOLSEN | Laura Olsen Dugan | | COPYING | 2.00 | 0.10 | 0.20 | Copy charges dictionary | 2603225 |
| 07/07/2008 | | | Invoice=1426157 | | 2.00 | 0.10 | 0.20 | | |
| 06/20/2008 | KSTECKEL | Kristina M. Steckelberg | | COPYING | 22.00 | 0.10 | 2.20 | Copy charges filing | 2603865 |
| 07/07/2008 | | | Invoice=1426157 | | 22.00 | 0.10 | 2.20 | | |
| 06/24/2008 | TKINCAID | Tina M. Kincaid | | COPYING | 44.00 | 0.10 | 4.40 | Copy charges subpoena | 2605448 |
| 07/07/2008 | | | Invoice=1426157 | | 44.00 | 0.10 | 4.40 | | |
| 06/25/2008 | TKINCAID | Tina M. Kincaid | | COPYING | 57.00 | 0.10 | 5.70 | Copy charges subpoena | 2606294 |
| 07/07/2008 | | | Invoice=1426157 | | 57.00 | 0.10 | 5.70 | | |
| 07/10/2008 | KSTECKEL | Kristina M. Steckelberg | | COPYING | 333.00 | 0.10 | 33.30 | Copy charges dep prep | 2612541 |
| 08/06/2008 | | | Invoice=1433220 | | 333.00 | 0.10 | 33.30 | | |
| 07/10/2008 | KSTECKEL | Kristina M. Steckelberg | | COPYING | 8.00 | 0.10 | 0.80 | Copy charges dep prep | 2612542 |
| 08/06/2008 | | | Invoice=1433220 | | 8.00 | 0.10 | 0.80 | | |
| 07/14/2008 | JRC | James R. Cole | | COPYING | 69.00 | 0.10 | 6.90 | Copy charges brief | 2613796 |
| 08/06/2008 | | | Invoice=1433220 | | 69.00 | 0.10 | 6.90 | | |
| 07/14/2008 | KSTECKEL | Kristina M. Steckelberg | | COPYING | 188.00 | 0.10 | 18.80 | Copy charges dep prep | 2613797 |
| 08/06/2008 | | | Invoice=1433220 | | 188.00 | 0.10 | 18.80 | | |
| 07/21/2008 | KGN | Kristin Graham Noel | | COPYING | 247.00 | 0.10 | 24.70 | Copy charges briefs | 2617588 |
| 08/06/2008 | | | Invoice=1433220 | | 247.00 | 0.10 | 24.70 | | |
| 07/23/2008 | LOLSEN | Laura Olsen Dugan | | COPYING | 7.00 | 0.10 | 0.70 | Copy charges book copies | 2618693 |
| 08/06/2008 | | | Invoice=1433220 | | 7.00 | 0.10 | 0.70 | | |
| 08/05/2008 | KGN | Kristin Graham Noel | | COPYING | 8.00 | 0.10 | 0.80 | Copy charges 993patent | 2625200 |

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost No. |
|---|---|---|---|---|---|---|---|---|
| 09/09/2008 | | Invoice=1441300 | | 8.00 | 0.10 | 0.80 | | |
| 08/06/2008 | TKINCAID | Tina M. Kincaid | COPYING | 12.00 | 0.10 | 1.20 | Copy charges documents | 2625791 |
| 09/09/2008 | | Invoice=1441300 | | 12.00 | 0.10 | 1.20 | | |
| 08/07/2008 | KSTECKEL | Kristina M. Steckelberg | COPYING | 4.00 | 0.10 | 0.40 | Copy charges court filing | 2626152 |
| 09/09/2008 | | Invoice=1441300 | | 4.00 | 0.10 | 0.40 | | |
| 08/08/2008 | JRC | James R. Cole | COPYING | 112.00 | 0.10 | 11.20 | Copy charges PowerPoint presentation for | 2626735 |
| 09/09/2008 | | Invoice=1441300 | | 112.00 | 0.10 | 11.20 | Markman Hearing | |
| 08/08/2008 | KGN | Kristin Graham Noel | COPYING | 1.00 | 0.10 | 0.10 | Copy charges | 2626736 |
| 09/09/2008 | | Invoice=1441300 | | 1.00 | 0.10 | 0.10 | | |
| 08/08/2008 | TKINCAID | Tina M. Kincaid | COPYING | 44.00 | 0.10 | 4.40 | Copy charges depositio | 2626737 |
| 09/09/2008 | | Invoice=1441300 | | 44.00 | 0.10 | 4.40 | | |
| 08/08/2008 | KGN | Kristin Graham Noel | COPYING | 144.00 | 0.10 | 14.40 | Copy charges powerpoint | 2626738 |
| 09/09/2008 | | Invoice=1441300 | | 144.00 | 0.10 | 14.40 | | |
| 08/13/2008 | TKINCAID | Tina M. Kincaid | COPYING | 10.00 | 0.10 | 1.00 | Copy charges letter | 2629607 |
| 09/09/2008 | | Invoice=1441300 | | 10.00 | 0.10 | 1.00 | | |
| 08/14/2008 | KSTECKEL | Kristina M. Steckelberg | COPYING | 408.00 | 0.10 | 40.80 | Copy charges hearing prep | 2630172 |
| 09/09/2008 | | Invoice=1441300 | | 408.00 | 0.10 | 40.80 | | |
| 08/14/2008 | KSTECKEL | Kristina M. Steckelberg | COPYING | 241.00 | 0.10 | 24.10 | Copy charges hearing prep | 2630173 |
| 09/09/2008 | | Invoice=1441300 | | 241.00 | 0.10 | 24.10 | | |
| 08/14/2008 | TKINCAID | Tina M. Kincaid | COPYING | 19.00 | 0.10 | 1.90 | Copy charges file history | 2630581 |
| 09/09/2008 | | Invoice=1441300 | | 19.00 | 0.10 | 1.90 | | |
| 08/14/2008 | TKINCAID | Tina M. Kincaid | COPYING | 40.00 | 0.10 | 4.00 | Copy charges file history | 2630582 |
| 09/09/2008 | | Invoice=1441300 | | 40.00 | 0.10 | 4.00 | | |
| 08/14/2008 | TKINCAID | Tina M. Kincaid | COPYING | 13.00 | 0.10 | 1.30 | Copy charges file history | 2630583 |
| 09/09/2008 | | Invoice=1441300 | | 13.00 | 0.10 | 1.30 | | |
| 08/15/2008 | KGN | Kristin Graham Noel | COPYING | 44.00 | 0.10 | 4.40 | Copy charges CLAIM CHART | 2630580 |
| 09/09/2008 | | Invoice=1441300 | | 44.00 | 0.10 | 4.40 | | |
| 08/25/2008 | KGN | Kristin Graham Noel | COPYING | 74.00 | 0.10 | 7.40 | Copy charges pleadings | 2634359 |
| 09/09/2008 | | Invoice=1441300 | | 74.00 | 0.10 | 7.40 | | |
| 09/03/2008 | JRC | James R. Cole | COPYING | 2.00 | 0.10 | 0.20 | Copy charges invoice | 2640618 |
| 10/08/2008 | | Invoice=1447725 | | 2.00 | 0.10 | 0.20 | | |
| 09/18/2008 | MJAHN | Martha Jahn Snyder | COPYING | 1.00 | 0.10 | 0.10 | Copy charges Research copy | 2648331 |
| 10/08/2008 | | Invoice=1447725 | | 1.00 | 0.10 | 0.10 | | |
| 09/22/2008 | KSTECKEL | Kristina M. Steckelberg | COPYING | 31.00 | 0.10 | 3.10 | Copy charges discovery | 2649888 |
| 10/08/2008 | | Invoice=1447725 | | 31.00 | 0.10 | 3.10 | | |
| 09/30/2008 | TKINCAID | Tina M. Kincaid | COPYING | 130.00 | 0.10 | 13.00 | Copy charges deposition | 2654311 |
| 10/08/2008 | | Invoice=1447725 | | 130.00 | 0.10 | 13.00 | | |
| 10/01/2008 | KSTECKEL | Kristina M. Steckelberg | COPYING | 176.00 | 0.10 | 17.60 | Copy charges attorney docs | 2655682 |
| 11/06/2008 | | Invoice=1454223 | | 176.00 | 0.10 | 17.60 | | |
| 10/01/2008 | KSTECKEL | Kristina M. Steckelberg | COPYING | 422.00 | 0.10 | 42.20 | Copy charges attorney docs | 2655683 |
| 11/06/2008 | | Invoice=1454223 | | 422.00 | 0.10 | 42.20 | | |