| Date | Initials | Name | Code | Quantity | Rate | Amount | Description | Ref |
|---|---|---|---|---|---|---|---|---|
| 10/02/2008 | TKINCAID | Tina M. Kincaid | COPYING | 14.00 | 0.10 | 1.40 | Copy charges exhibits | 2656193 |
| 11/06/2008 | | Invoice=1454223 | | 14.00 | 0.10 | 1.40 | | |
| 10/02/2008 | JRC | James R. Cole | COPYING | 15.00 | 0.10 | 1.50 | Copy charges declaration of C. Heegard | 2656194 |
| 11/06/2008 | | Invoice=1454223 | | 15.00 | 0.10 | 1.50 | | |
| 10/02/2008 | JRC | James R. Cole | COPYING | 352.00 | 0.10 | 35.20 | Copy charges heegard report | 2656195 |
| 11/06/2008 | | Invoice=1454223 | | 352.00 | 0.10 | 35.20 | | |
| 10/03/2008 | TKINCAID | Tina M. Kincaid | COPYING | 4.00 | 0.10 | 0.40 | Copy charges letter | 2656501 |
| 11/06/2008 | | Invoice=1454223 | | 4.00 | 0.10 | 0.40 | | |
| 10/07/2008 | TKINCAID | Tina M. Kincaid | COPYING | 42.00 | 0.10 | 4.20 | Copy charges documents | 2657435 |
| 11/06/2008 | | Invoice=1454223 | | 42.00 | 0.10 | 4.20 | | |
| 10/07/2008 | KGN | Kristin Graham Noel | COPYING | 2.00 | 0.10 | 0.20 | Copy charges copies | 2657436 |
| 11/06/2008 | | Invoice=1454223 | | 2.00 | 0.10 | 0.20 | | |
| 10/09/2008 | JBENKERS | Josephine K Benkers | COPYING | 1.00 | 0.10 | 0.10 | Copy charges exhibit | 2658763 |
| 11/06/2008 | | Invoice=1454223 | | 1.00 | 0.10 | 0.10 | | |
| 10/16/2008 | MJAHN | Martha Jahn Snyder | COPYING | 1.00 | 0.10 | 0.10 | Copy charges copy of letter to nora | 2661406 |
| 11/06/2008 | | Invoice=1454223 | | 1.00 | 0.10 | 0.10 | | |
| 10/27/2008 | JBENKERS | Josephine K Benkers | COPYING | 2944.00 | 0.10 | 294.40 | Copy charges VIA documents | 2665424 |
| 11/06/2008 | | Invoice=1454223 | | 2944.00 | 0.10 | 294.40 | | |
| 10/27/2008 | TKINCAID | Tina M. Kincaid | COPYING | 5.00 | 0.10 | 0.50 | Copy charges EXHIBITS | 2665425 |
| 11/06/2008 | | Invoice=1454223 | | 5.00 | 0.10 | 0.50 | | |
| 10/27/2008 | JBENKERS | Josephine K Benkers | COPYING | 1910.00 | 0.10 | 191.00 | Copy charges Via documents | 2665426 |
| 11/06/2008 | | Invoice=1454223 | | 1910.00 | 0.10 | 191.00 | | |
| 10/27/2008 | TKINCAID | Tina M. Kincaid | COPYING | 9.00 | 0.10 | 0.90 | Copy charges exhibits | 2665427 |
| 11/06/2008 | | Invoice=1454223 | | 9.00 | 0.10 | 0.90 | | |
| 10/28/2008 | JRC | James R. Cole | COPYING | 33.00 | 0.10 | 3.30 | Copy charges exhibits | 2665831 |
| 11/06/2008 | | Invoice=1454223 | | 33.00 | 0.10 | 3.30 | | |
| 10/28/2008 | KSTECKEL | Kristina M. Steckelberg | COPYING | 48.00 | 0.10 | 4.80 | Copy charges dep prep | 2665832 |
| 11/06/2008 | | Invoice=1454223 | | 48.00 | 0.10 | 4.80 | | |
| 11/07/2008 | KGN | Kristin Graham Noel | COPYING | 36.00 | 0.10 | 3.60 | Copy charges order | 2670454 |
| 12/04/2008 | | Invoice=1460605 | | 36.00 | 0.10 | 3.60 | | |
| 11/11/2008 | JRC | James R. Cole | COPYING | 25.00 | 0.10 | 2.50 | Copy charges letter | 2671720 |
| 12/04/2008 | | Invoice=1460605 | | 25.00 | 0.10 | 2.50 | | |
| 11/17/2008 | KSTECKEL | Kristina M. Steckelberg | COPYING | 3.00 | 0.10 | 0.30 | Copy charges filing | 2674096 |
| 12/04/2008 | | Invoice=1460605 | | 3.00 | 0.10 | 0.30 | | |
| 11/18/2008 | MJAHN | Martha Jahn Snyder | COPYING | 58.00 | 0.10 | 5.80 | Copy charges Materials for hearing on motio | 2674715 |
| 12/04/2008 | | Invoice=1460605 | | 58.00 | 0.10 | 5.80 | compel designation and production of 30(b)(6) witnesses | |
| 11/18/2008 | MJAHN | Martha Jahn Snyder | COPYING | 125.00 | 0.10 | 12.50 | Copy charges materials for hearing on motio | 2674716 |
| 12/04/2008 | | Invoice=1460605 | | 125.00 | 0.10 | 12.50 | compel 30(b)(6) witnesses | |
| 12/03/2008 | MJAHN | Martha Jahn Snyder | COPYING | 2.00 | 0.10 | 0.20 | Copy charges Brief exhibit. | 2680035 |
| 01/07/2009 | | Invoice=1467636 | | 2.00 | 0.10 | 0.20 | | |
| 12/09/2008 | MJAHN | Martha Jahn Snyder | COPYING | 1.00 | 0.10 | 0.10 | Copy charges discovery | 2682682 |

| Date | Initials | Name | Type | Quantity | Rate | Amount | Description | Slip Number |
|---|---|---|---|---|---|---|---|---|
| 01/07/2009 | | Invoice=1467636 | | 1.00 | 0.10 | 0.10 | | |
| 12/18/2008 | MJAHN | Martha Jahn Snyder | COPYING | 2.00 | 0.10 | 0.20 | Copy charges copy of letter to Nora Puckett | 2686453 |
| 01/07/2009 | | Invoice=1467636 | | 2.00 | 0.10 | 0.20 | regarding protective order documents | |
| 12/23/2008 | JRC | James R. Cole | COPYING | 4.00 | 0.10 | 0.40 | Copy charges letter | 2687948 |
| 01/07/2009 | | Invoice=1467636 | | 4.00 | 0.10 | 0.40 | | |
| 01/08/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 32.00 | 0.10 | 3.20 | Copy charges via docs | 2692883 |
| 02/06/2009 | | Invoice=1474609 | | 32.00 | 0.10 | 3.20 | | |
| 01/12/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 632.00 | 0.10 | 63.20 | Copy charges dep prep | 2693926 |
| 02/06/2009 | | Invoice=1474609 | | 632.00 | 0.10 | 63.20 | | |
| 01/15/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 1232.00 | 0.10 | 123.20 | Copy charges dep prep | 2696136 |
| 02/06/2009 | | Invoice=1474609 | | 1232.00 | 0.10 | 123.20 | | |
| 01/15/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 357.00 | 0.10 | 35.70 | Copy charges dep prep | 2696137 |
| 02/06/2009 | | Invoice=1474609 | | 357.00 | 0.10 | 35.70 | | |
| 01/15/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 158.00 | 0.10 | 15.80 | Copy charges dep prep | 2696138 |
| 02/06/2009 | | Invoice=1474609 | | 158.00 | 0.10 | 15.80 | | |
| 01/16/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 1158.00 | 0.10 | 115.80 | Copy charges dep prep | 2696639 |
| 02/06/2009 | | Invoice=1474609 | | 1158.00 | 0.10 | 115.80 | | |
| 01/16/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 565.00 | 0.10 | 56.50 | Copy charges dep prep | 2696640 |
| 02/06/2009 | | Invoice=1474609 | | 565.00 | 0.10 | 56.50 | | |
| 01/16/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 312.00 | 0.10 | 31.20 | Copy charges dep prep | 2696641 |
| 02/06/2009 | | Invoice=1474609 | | 312.00 | 0.10 | 31.20 | | |
| 01/16/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 49.00 | 0.10 | 4.90 | Copy charges dep prep | 2696642 |
| 02/06/2009 | | Invoice=1474609 | | 49.00 | 0.10 | 4.90 | | |
| 01/19/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 245.00 | 0.10 | 24.50 | Copy charges dep prep | 2697373 |
| 02/06/2009 | | Invoice=1474609 | | 245.00 | 0.10 | 24.50 | | |
| 01/19/2009 | TKINCAID | Tina M. Kincaid | COPYING | 54.00 | 0.10 | 5.40 | Copy charges documents | 2697374 |
| 02/06/2009 | | Invoice=1474609 | | 54.00 | 0.10 | 5.40 | | |
| 01/19/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 1569.00 | 0.10 | 156.90 | Copy charges dep prep | 2697375 |
| 02/06/2009 | | Invoice=1474609 | | 1569.00 | 0.10 | 156.90 | | |
| 01/19/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 3629.00 | 0.10 | 362.90 | Copy charges dep prep | 2697376 |
| 02/06/2009 | | Invoice=1474609 | | 3629.00 | 0.10 | 362.90 | | |
| 01/19/2009 | TKINCAID | Tina M. Kincaid | COPYING | 42.00 | 0.10 | 4.20 | Copy charges dep exhibits | 2697377 |
| 02/06/2009 | | Invoice=1474609 | | 42.00 | 0.10 | 4.20 | | |
| 01/19/2009 | TKINCAID | Tina M. Kincaid | COPYING | 72.00 | 0.10 | 7.20 | Copy charges dep exhibits | 2697378 |
| 02/06/2009 | | Invoice=1474609 | | 72.00 | 0.10 | 7.20 | | |
| 01/19/2009 | TKINCAID | Tina M. Kincaid | COPYING | 2.00 | 0.10 | 0.20 | Copy charges dep exhibits | 2697379 |
| 02/06/2009 | | Invoice=1474609 | | 2.00 | 0.10 | 0.20 | | |
| 01/23/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 1604.00 | 0.10 | 160.40 | Copy charges dep prep | 2699510 |
| 02/06/2009 | | Invoice=1474609 | | 1604.00 | 0.10 | 160.40 | | |
| 01/29/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 108.00 | 0.10 | 10.80 | Copy charges transcript | 2702096 |
| 02/06/2009 | | Invoice=1474609 | | 108.00 | 0.10 | 10.80 | | |
| 01/29/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 390.00 | 0.10 | 39.00 | Copy charges transcripts | 2702097 |
| 02/06/2009 | | Invoice=1474609 | | 390.00 | 0.10 | 39.00 | | |
| 02/03/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 219.00 | 0.10 | 21.90 | Copy charges dep prep | 2704701 |
| 03/17/2009 | | Invoice=1485208 | | 219.00 | 0.10 | 21.90 | | |
| 02/04/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 1626.00 | 0.10 | 162.60 | Copy charges dep prep | 2705261 |
| 03/17/2009 | | Invoice=1485208 | | 1626.00 | 0.10 | 162.60 | | |

| Date | User | Name | Code | Quantity | Rate | Amount | Description | Ref |
|---|---|---|---|---|---|---|---|---|
| 02/05/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 400.00 | 0.10 | 40.00 | Copy charges dep prep | 2705733 |
| 03/17/2009 | | Invoice=1485208 | | 400.00 | 0.10 | 40.00 | | |
| 02/05/2009 | TKINCAID | Tina M. Kincaid | COPYING | 1.00 | 0.10 | 0.10 | Copy charges documents | 2705734 |
| 03/17/2009 | | Invoice=1485208 | | 1.00 | 0.10 | 0.10 | | |
| 02/05/2009 | JBENKERS | Josephine K Benkers | COPYING | 73.00 | 0.10 | 7.30 | Copy charges documents | 2705735 |
| 03/17/2009 | | Invoice=1485208 | | 73.00 | 0.10 | 7.30 | | |
| 02/05/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 4.00 | 0.10 | 0.40 | Copy charges dep prep | 2705736 |
| 03/17/2009 | | Invoice=1485208 | | 4.00 | 0.10 | 0.40 | | |
| 02/05/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 52.00 | 0.10 | 5.20 | Copy charges dep prep | 2705737 |
| 03/17/2009 | | Invoice=1485208 | | 52.00 | 0.10 | 5.20 | | |
| 02/05/2009 | TKINCAID | Tina M. Kincaid | COPYING | 36.00 | 0.10 | 3.60 | Copy charges exhibits | 2706276 |
| 03/17/2009 | | Invoice=1485208 | | 36.00 | 0.10 | 3.60 | | |
| 02/05/2009 | TKINCAID | Tina M. Kincaid | COPYING | 72.00 | 0.10 | 7.20 | Copy charges exhibits | 2706278 |
| 03/17/2009 | | Invoice=1485208 | | 72.00 | 0.10 | 7.20 | | |
| 02/06/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 2712.00 | 0.10 | 271.20 | Copy charges dep prep | 2706274 |
| 03/17/2009 | | Invoice=1485208 | | 2712.00 | 0.10 | 271.20 | | |
| 02/06/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 272.00 | 0.10 | 27.20 | Copy charges dep prep | 2706275 |
| 03/17/2009 | | Invoice=1485208 | | 272.00 | 0.10 | 27.20 | | |
| 02/06/2009 | TKINCAID | Tina M. Kincaid | COPYING | 138.00 | 0.10 | 13.80 | Copy charges exhibit | 2706277 |
| 03/17/2009 | | Invoice=1485208 | | 138.00 | 0.10 | 13.80 | | |
| 02/09/2009 | SFILANDR | Stephanie E. Filandrinos | COPYING | 54.00 | 0.10 | 5.40 | Copy charges depo copies | 2707056 |
| 03/17/2009 | | Invoice=1485208 | | 54.00 | 0.10 | 5.40 | | |
| 02/09/2009 | TKINCAID | Tina M. Kincaid | COPYING | 1067.00 | 0.10 | 106.70 | Copy charges LG Minutes | 2707057 |
| 03/17/2009 | | Invoice=1485208 | | 1067.00 | 0.10 | 106.70 | | |
| 02/09/2009 | JBENKERS | Josephine K Benkers | COPYING | 78.00 | 0.10 | 7.80 | Copy charges exhibit | 2707058 |
| 03/17/2009 | | Invoice=1485208 | | 78.00 | 0.10 | 7.80 | | |
| 02/09/2009 | JBENKERS | Josephine K Benkers | COPYING | 726.00 | 0.10 | 72.60 | Copy charges Deposition Exhibits | 2707059 |
| 03/17/2009 | | Invoice=1485208 | | 726.00 | 0.10 | 72.60 | | |
| 02/09/2009 | JBENKERS | Josephine K Benkers | COPYING | 496.00 | 0.10 | 49.60 | Copy charges deposition exhibits | 2707060 |
| 03/17/2009 | | Invoice=1485208 | | 496.00 | 0.10 | 49.60 | | |
| 02/09/2009 | TKINCAID | Tina M. Kincaid | COPYING | 36.00 | 0.10 | 3.60 | Copy charges patent | 2707061 |
| 03/17/2009 | | Invoice=1485208 | | 36.00 | 0.10 | 3.60 | | |
| 02/09/2009 | KGN | Kristin Graham Noel | COPYING | 60.00 | 0.10 | 6.00 | Copy charges patents | 2707062 |
| 03/17/2009 | | Invoice=1485208 | | 60.00 | 0.10 | 6.00 | | |
| 02/09/2009 | JRC | James R. Cole | COPYING | 6.00 | 0.10 | 0.60 | Copy charges letter to diana ting | 2707064 |
| 03/17/2009 | | Invoice=1485208 | | 6.00 | 0.10 | 0.60 | | |
| 02/10/2009 | TKINCAID | Tina M. Kincaid | COPYING | 144.00 | 0.10 | 14.40 | Copy charges exhibits | 2707500 |
| 03/17/2009 | | Invoice=1485208 | | 144.00 | 0.10 | 14.40 | | |
| 02/10/2009 | TKINCAID | Tina M. Kincaid | COPYING | 75.00 | 0.10 | 7.50 | Copy charges exhibits | 2707501 |
| 03/17/2009 | | Invoice=1485208 | | 75.00 | 0.10 | 7.50 | | |
| 02/10/2009 | TKINCAID | Tina M. Kincaid | COPYING | 150.00 | 0.10 | 15.00 | Copy charges exhibits | 2707502 |
| 03/17/2009 | | Invoice=1485208 | | 150.00 | 0.10 | 15.00 | | |
| 02/10/2009 | TKINCAID | Tina M. Kincaid | COPYING | 197.00 | 0.10 | 19.70 | Copy charges exhibits | 2707503 |
| 03/17/2009 | | Invoice=1485208 | | 197.00 | 0.10 | 19.70 | | |
| 02/10/2009 | TKINCAID | Tina M. Kincaid | COPYING | 69.00 | 0.10 | 6.90 | Copy charges order | 2707504 |
| 03/17/2009 | | Invoice=1485208 | | 69.00 | 0.10 | 6.90 | | |
| 02/10/2009 | TKINCAID | Tina M. Kincaid | COPYING | 6.00 | 0.10 | 0.60 | Copy charges document | 2707505 |
| 03/17/2009 | | Invoice=1485208 | | 6.00 | 0.10 | 0.60 | | |
| 02/10/2009 | TKINCAID | Tina M. Kincaid | COPYING | 135.00 | 0.10 | 13.50 | Copy charges documents | 2707506 |
| 03/17/2009 | | Invoice=1485208 | | 135.00 | 0.10 | 13.50 | | |

| Date | Initials | Name | Invoice Number | Code | Quantity | Rate | Amount | Description | Doc# |
|---|---|---|---|---|---|---|---|---|---|
| 02/11/2009 | KSTECKEL | Kristina M. Steckelberg | | COPYING | 12.00 | 0.10 | 1.20 | Copy charges dep prep | 2708040 |
| 03/17/2009 | | | Invoice=1485208 | | 12.00 | 0.10 | 1.20 | | |
| 02/11/2009 | KSTECKEL | Kristina M. Steckelberg | | COPYING | 156.00 | 0.10 | 15.60 | Copy charges dep prep | 2708042 |
| 03/17/2009 | | | Invoice=1485208 | | 156.00 | 0.10 | 15.60 | | |
| 02/11/2009 | KSTECKEL | Kristina M. Steckelberg | | COPYING | 100.00 | 0.10 | 10.00 | Copy charges dep prep | 2708043 |
| 03/17/2009 | | | Invoice=1485208 | | 100.00 | 0.10 | 10.00 | | |
| 02/12/2009 | KGN | Kristin Graham Noel | | COPYING | 36.00 | 0.10 | 3.60 | Copy charges order | 2708532 |
| 03/17/2009 | | | Invoice=1485208 | | 36.00 | 0.10 | 3.60 | | |
| 02/12/2009 | MJAHN | Martha Jahn Snyder | | COPYING | 27.00 | 0.10 | 2.70 | Copy charges Discovery | 2709256 |
| 03/17/2009 | | | Invoice=1485208 | | 27.00 | 0.10 | 2.70 | | |
| 02/16/2009 | JRC | James R. Cole | | COPYING | 24.00 | 0.10 | 2.40 | Copy charges documents | 2709889 |
| 03/17/2009 | | | Invoice=1485208 | | 24.00 | 0.10 | 2.40 | | |
| 02/18/2009 | KSTECKEL | Kristina M. Steckelberg | | COPYING | 4.00 | 0.10 | 0.40 | Copy charges deposition | 2710855 |
| 03/17/2009 | | | Invoice=1485208 | | 4.00 | 0.10 | 0.40 | | |
| 02/18/2009 | ANORMAN | Andrew M. Norman | | COPYING | 208.00 | 0.10 | 20.80 | Copy charges msj draft | 2710856 |
| 03/17/2009 | | | Invoice=1485208 | | 208.00 | 0.10 | 20.80 | | |
| 02/26/2009 | TKINCAID | Tina M. Kincaid | | COPYING | 84.00 | 0.10 | 8.40 | Copy charges documents | 2714080 |
| 03/17/2009 | | | Invoice=1485208 | | 84.00 | 0.10 | 8.40 | | |
| 03/04/2009 | KGN | Kristin Graham Noel | | COPYING | 96.00 | 0.10 | 9.60 | Copy charges pleading | 2716963 |
| 04/29/2009 | | | Invoice=1495038 | | 96.00 | 0.10 | 9.60 | | |
| 03/06/2009 | TKINCAID | Tina M. Kincaid | | COPYING | 60.00 | 0.10 | 6.00 | Copy charges subpoenas | 2718018 |
| 04/29/2009 | | | Invoice=1495038 | | 60.00 | 0.10 | 6.00 | | |
| 03/10/2009 | TKINCAID | Tina M. Kincaid | | COPYING | 6.00 | 0.10 | 0.60 | Copy charges documents | 2719238 |
| 04/29/2009 | | | Invoice=1495038 | | 6.00 | 0.10 | 0.60 | | |
| 03/16/2009 | KSTECKEL | Kristina M. Steckelberg | | COPYING | 1600.00 | 0.10 | 160.00 | Copy charges dep prep | 2721482 |
| 04/29/2009 | | | Invoice=1495038 | | 1600.00 | 0.10 | 160.00 | | |
| 03/16/2009 | KSTECKEL | Kristina M. Steckelberg | | COPYING | 366.00 | 0.10 | 36.60 | Copy charges dep prep | 2721483 |
| 04/29/2009 | | | Invoice=1495038 | | 366.00 | 0.10 | 36.60 | | |
| 03/17/2009 | KSTECKEL | Kristina M. Steckelberg | | COPYING | 2750.00 | 0.10 | 275.00 | Copy charges dep prep | 2721966 |
| 04/29/2009 | | | Invoice=1495038 | | 2750.00 | 0.10 | 275.00 | | |
| 03/17/2009 | TKINCAID | Tina M. Kincaid | | COPYING | 1771.00 | 0.10 | 177.10 | Copy charges exhibits for deposition | 2721967 |
| 04/29/2009 | | | Invoice=1495038 | | 1771.00 | 0.10 | 177.10 | | |
| 03/17/2009 | TKINCAID | Tina M. Kincaid | | COPYING | 524.00 | 0.10 | 52.40 | Copy charges exhibits for deposition | 2721968 |
| 04/29/2009 | | | Invoice=1495038 | | 524.00 | 0.10 | 52.40 | | |

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost ID |
|---|---|---|---|---|---|---|---|---|
| 04/29/2009 | | Invoice=1495038 | | 1.00 | 0.10 | 0.10 | | |
| 03/18/2009 | KSTECKEL | Kristina M. Steckelberg | COPYING | 125.00 | 0.10 | 12.50 | Copy charges dep prep | 2722713 |
| 04/29/2009 | | Invoice=1495038 | | 125.00 | 0.10 | 12.50 | | |
| 03/26/2009 | TKINCAID | Tina M. Kincaid | COPYING | 27.00 | 0.10 | 2.70 | Copy charges documents | 2728917 |
| 04/29/2009 | | Invoice=1495038 | | 27.00 | 0.10 | 2.70 | | |
| 03/27/2009 | ANORMAN | Andrew M. Norman | COPYING | 35.00 | 0.10 | 3.50 | Copy charges exhibit | 2728916 |
| 04/29/2009 | | Invoice=1495038 | | 35.00 | 0.10 | 3.50 | | |
| 04/01/2009 | TKINCAID | Tina M. Kincaid | COPYING | 3.00 | 0.10 | 0.30 | Copy charges documents | 2729133 |
| 05/05/2009 | | Invoice=1495714 | | 3.00 | 0.10 | 0.30 | | |
| 04/01/2009 | TKINCAID | Tina M. Kincaid | COPYING | 1.00 | 0.10 | 0.10 | Copy charges documents | 2729134 |
| 05/05/2009 | | Invoice=1495714 | | 1.00 | 0.10 | 0.10 | | |

| | | | | | |
|---|---|---|---|---|---|
| | | BILLED TOTALS: WORK: | | | |
| | | BILLED TOTALS: BILL: | | | |
| | | GRAND TOTAL: WORK: | | | |
| | | GRAND TOTAL: BILL: | | | |