# EXHIBIT C

| Date | Initials | Name | Type | Qty | Rate | Amount | Description | Ref |
|---|---|---|---|---|---|---|---|---|
| 07/30/2008<br>08/06/2008 | ANORMAN | Andrew M. Norman<br>Invoice=1433220<br>Voucher=390136 Paid | DEPOSIT | 1.00<br>1.00 | 425.00<br>425.00 | 425.00<br>425.00 | Dan Mottaz Video Productions, LLC Video<br>deposition of Andrew Kim<br>Vendor=Dan Mottaz Video Productions, LLC  Balance= .00<br>Amount= 425.00<br>Check #113241  07/30/2008 | 2622482 |
| 07/31/2008<br>08/06/2008 | ANORMAN | Andrew M. Norman<br>Invoice=1433220<br>Voucher=390493 Paid | DEPOSIT | 1.00<br>1.00 | 425.00<br>425.00 | 425.00<br>425.00 | Dan Mottaz Video Productions, LLC Video<br>deposition of Patrick Rada<br>Vendor=Dan Mottaz Video Productions, LLC  Balance= .00<br>Amount= 425.00<br>Check #113258  07/31/2008 | 2623160 |
| 09/22/2008<br>10/08/2008 | JRC | James R. Cole<br>Invoice=1447725<br>Voucher=398245 Paid | DEPOSIT | 1.00<br>1.00 | 1,205.00<br>1,205.00 | 1,205.00<br>1,205.00 | Dan Mottaz Video Productions, LLC Video taped<br>depositions of Vivek Pathela and David Quong<br>Vendor=Dan Mottaz Video Productions, LLC  Balance= .00<br>Amount= 1205.00<br>Check #616764  09/22/2008 | 2649717 |
| 09/23/2008<br>10/08/2008 | JRC | James R. Cole<br>Invoice=1447725<br>Voucher=398338 Paid | DEPOSIT | 1.00<br>1.00 | 649.30<br>649.30 | 649.30<br>649.30 | Grossman & Cotter, Inc. Deposition transcript of<br>David Quong<br>Vendor=Grossman & Cotter, Inc.  Balance= .00  Amount= 649.30<br>Check #113490  09/23/2008 | 2650100 |
| 09/25/2008<br>10/08/2008 | JRC | James R. Cole<br>Invoice=1447725<br>Voucher=398823 Paid | DEPOSIT | 1.00<br>1.00 | 1,245.40<br>1,245.40 | 1,245.40<br>1,245.40 | Grossman & Cotter, Inc. Deposition of Vivek<br>Pathela<br>Vendor=Grossman & Cotter, Inc.  Balance= .00  Amount=<br>1245.40<br>Check #617085  09/25/2008 | 2651446 |
| 10/22/2008<br>11/06/2008 | JRC | James R. Cole<br>Invoice=1454223<br>Voucher=402739 Paid | DEPOSIT | 1.00<br>1.00 | 342.20<br>342.20 | 342.20<br>342.20 | Grossman & Cotter, Inc. Deposition of Eric<br>Cheong<br>Vendor=Grossman & Cotter, Inc.  Balance= .00  Amount= 342.20<br>Check #618676  10/22/2008 | 2663565 |
| 10/22/2008<br>11/06/2008 | JRC | James R. Cole<br>Invoice=1454223<br>Voucher=402740 Paid | DEPOSIT | 1.00<br>1.00 | 1,099.05<br>1,099.05 | 1,099.05<br>1,099.05 | Grossman & Cotter, Inc. Deposition of Timothy<br>Donovan<br>Vendor=Grossman & Cotter, Inc.  Balance= .00  Amount=<br>1099.05<br>Check #618676  10/22/2008 | 2663566 |
| 11/20/2008<br>12/04/2008 | JRC | James R. Cole<br>Invoice=1460605<br>Voucher=406728 Paid | DEPOSIT | 1.00<br>1.00 | 672.90<br>672.90 | 672.90<br>672.90 | Grossman & Cotter, Inc. Deposition transcript of<br>Milind Kopikare<br>Vendor=Grossman & Cotter, Inc.  Balance= .00  Amount= 672.90<br>Check #620127  11/20/2008 | 2675582 |
| 11/20/2008<br>12/04/2008 | JRC | James R. Cole<br>Invoice=1460605<br>Voucher=406729 Paid | DEPOSIT | 1.00<br>1.00 | 1,833.25<br>1,833.25 | 1,833.25<br>1,833.25 | Grossman & Cotter, Inc. Deposition transcript of<br>Nate Alvord<br>Vendor=Grossman & Cotter, Inc.  Balance= .00  Amount=<br>1833.25<br>Check #620127  11/20/2008 | 2675583 |
| 11/21/2008<br>12/04/2008 | JBENKERS | Josephine K Benkers<br>Invoice=1460605<br>Voucher=406840 Paid | DEPOSIT | 1.00<br>1.00 | 620.00<br>620.00 | 620.00<br>620.00 | Dan Mottaz Video Productions, LLC Depos<br>Milind Kopikare<br>Vendor=Dan Mottaz Video Productions, LLC  Balance= .00<br>Amount= 620.00<br>Check #113768  11/21/2008 | 2675967 |
| 01/06/2009<br>02/06/2009 | JRC | James R. Cole<br>Invoice=1474609<br>Voucher=411788 Paid | DEPOSIT | 1.00<br>1.00 | 230.00<br>230.00 | 230.00<br>230.00 | Dan Mottaz Video Productions, LLC Deposition of<br>Eric Cheong<br>Vendor=Dan Mottaz Video Productions, LLC  Balance= .00<br>Amount= 230.00<br>Check #113934  01/06/2009 | 2691778 |
| 01/06/2009<br>02/06/2009 | JRC | James R. Cole<br>Invoice=1474609<br>Voucher=411789 Paid | DEPOSIT | 1.00<br>1.00 | 620.00<br>620.00 | 620.00<br>620.00 | Dan Mottaz Video Productions, LLC Deposition of<br>Tim Donovan<br>Vendor=Dan Mottaz Video Productions, LLC  Balance= .00<br>Amount= 620.00<br>Check #113934  01/06/2009 | 2691779 |
| 01/30/2009<br>02/06/2009 | JRC | James R. Cole<br>Invoice=1474609<br>Voucher=414903 Paid | DEPOSIT | 1.00<br>1.00 | 1,532.50<br>1,532.50 | 1,532.50<br>1,532.50 | Professional Reporters Limited Deposition of<br>Joel Williams<br>Vendor=Professional Reporters Limited  Balance= .00  Amount=<br>1532.50<br>Check #622931  01/30/2009 | 2702433 |

| Date | Tkpr | Professional | Invoice Number | Code | Quantity | Rate | Amount | Description | ID |
|---|---|---|---|---|---|---|---|---|---|
| 02/18/2009 | JRC | James R. Cole | | DEPOSIT | 1.00 | 2,192.50 | 2,192.50 | Dan Mottaz Video Productions, LLC Video of Izhak | 2710397 |
| 03/17/2009 | | Invoice=1485208 | | | 1.00 | 2,192.50 | 2,192.50 | Rubin Deposition | |
| | | Voucher=417460 Paid | | | | | | Vendor=Dan Mottaz Video Productions, LLC Balance= .00 | |
| | | | | | | | | Amount= 2192.50 | |
| | | | | | | | | Check #623917 02/18/2009 | |
| 02/18/2009 | JRC | James R. Cole | | DEPOSIT | 1.00 | 1,786.20 | 1,786.20 | Grossman & Cotter, Inc. Deposition Transcript of | 2710473 |
| 03/17/2009 | | Invoice=1485208 | | | 1.00 | 1,786.20 | 1,786.20 | Izhak Rubin | |
| | | Voucher=417496 Paid | | | | | | Vendor=Grossman & Cotter, Inc. Balance= .00 Amount= | |
| | | | | | | | | 1786.20 | |
| | | | | | | | | Check #624433 03/02/2009 | |
| 02/18/2009 | JRC | James R. Cole | | DEPOSIT | 1.00 | 1,239.50 | 1,239.50 | Professional Reporters Limited Deposition of Dr. | 2710474 |
| 03/17/2009 | | Invoice=1485208 | | | 1.00 | 1,239.50 | 1,239.50 | Vernon Rhyne | |
| | | Voucher=417497 Paid | | | | | | Vendor=Professional Reporters Limited Balance= .00 Amount= | |
| | | | | | | | | 1239.50 | |
| | | | | | | | | Check #624905 03/10/2009 | |
| 02/27/2009 | JRC | James R. Cole | | DEPOSIT | 1.00 | 1,983.50 | 1,983.50 | Dan Mottaz Video Productions, LLC Video | 2714497 |
| 03/17/2009 | | Invoice=1485208 | | | 1.00 | 1,983.50 | 1,983.50 | deposition of J. Kho and Jason Lee | |
| | | Voucher=418869 Paid | | | | | | Vendor=Dan Mottaz Video Productions, LLC Balance= .00 | |
| | | | | | | | | Amount= 1983.50 | |
| | | | | | | | | Check #625281 03/16/2009 | |
| 02/27/2009 | JRC | James R. Cole | | DEPOSIT | 1.00 | 751.85 | 751.85 | Grossman & Cotter, Inc. Deposition of J. Lee | 2714504 |
| 03/17/2009 | | Invoice=1485208 | | | 1.00 | 751.85 | 751.85 | | |
| | | Voucher=418873 Paid | | | | | | Vendor=Grossman & Cotter, Inc. Balance= .00 Amount= | |
| | | | | | | | | 1602.60 | |
| | | | | | | | | Check #625270 03/16/2009 | |
| 02/27/2009 | JRC | James R. Cole | | DEPOSIT | 1.00 | 850.75 | 850.75 | Grossman & Cotter, Inc. Deposition of J. Kho | 2714505 |
| 03/17/2009 | | Invoice=1485208 | | | 1.00 | 850.75 | 850.75 | | |
| | | Voucher=418873 Paid | | | | | | Vendor=Grossman & Cotter, Inc. Balance= .00 Amount= | |
| | | | | | | | | 1602.60 | |
| | | | | | | | | Check #625270 03/16/2009 | |
| 02/27/2009 | jcole | Julie H. Cole | | DEPOSIT | 1.00 | 850.75 | 850.75 | Deposition Services - Grossman & Cotter, Inc. | 2714558 |
| 03/17/2009 | | Invoice=1485208 | | | 1.00 | 850.75 | 850.75 | Deposition of J. Kho | |
| | | Voucher=418905 Paid | | | | | | Vendor=Grossman & Cotter, Inc. Balance= .00 Amount= 850.75 | |
| | | | | | | | | Check #16743 03/31/2009 | |
| 02/27/2009 | jcole | Julie H. Cole | | DEPOSIT | 1.00 | -850.75 | -850.75 | Reversal from Void Check Number: 625269 | 2728343 |
| 04/29/2009 | | Invoice=1495038 | | | 1.00 | -850.75 | -850.75 | Bank ID: MKE-OP Voucher ID: 418905 | |
| | | | | | | | | Vendor: Grossman & Cotter, Inc. | |
| | | Voucher=423522 Paid | | | | | | Vendor=Grossman & Cotter, Inc. Balance= .00 Amount=-850.75 | |
| | | | | | | | | Check #16743 03/31/2009 | |
| 03/09/2009 | JBENKERS | Josephine K Benkers | | DEPOSIT | 1.00 | 1,179.20 | 1,179.20 | Grossman & Cotter, Inc. Deposition of T | 2718208 |
| 04/29/2009 | | Invoice=1495038 | | | 1.00 | 1,179.20 | 1,179.20 | Yamanishi | |
| | | Voucher=419922 Paid | | | | | | Vendor=Grossman & Cotter, Inc. Balance= .00 Amount= | |
| | | | | | | | | 1179.20 | |
| | | | | | | | | Check #624755 03/09/2009 | |
| 03/09/2009 | JBENKERS | Josephine K Benkers | | DEPOSIT | 1.00 | 889.20 | 889.20 | Grossman & Cotter, Inc. Deposition of K | 2718209 |
| 04/29/2009 | | Invoice=1495038 | | | 1.00 | 889.20 | 889.20 | Shimoda | |
| | | Voucher=419923 Paid | | | | | | Vendor=Grossman & Cotter, Inc. Balance= .00 Amount= 889.20 | |
| | | | | | | | | Check #624755 03/09/2009 | |
| 03/12/2009 | JRC | James R. Cole | | DEPOSIT | 1.00 | 2,665.00 | 2,665.00 | Dan Mottaz Video Productions, LLC Videotaped | 2719860 |
| 04/29/2009 | | Invoice=1495038 | | | 1.00 | 2,665.00 | 2,665.00 | depositions of T. Yamanishi and K. Shimoda | |
| | | Voucher=420489 Paid | | | | | | Vendor=Dan Mottaz Video Productions, LLC Balance= .00 | |
| | | | | | | | | Amount= 2665.00 | |
| | | | | | | | | Check #625000 03/12/2009 | |
| 04/07/2009 | JRC | James R. Cole | | DEPOSIT | 1.00 | 919.14 | 919.14 | Grossman & Cotter, Inc. Deposition transcript of | 2731494 |
| 05/05/2009 | | Invoice=1495714 | | | 1.00 | 919.14 | 919.14 | Izhak Rubin (Volume III) | |
| | | Voucher=424482 Paid | | | | | | Vendor=Grossman & Cotter, Inc. Balance= .00 Amount= 919.14 | |
| | | | | | | | | Check #627347 04/24/2009 | |
| 04/07/2009 | JRC | James R. Cole | | DEPOSIT | 1.00 | 2,447.72 | 2,447.72 | Grossman & Cotter, Inc. Deposition transcript of | 2731527 |
| 05/05/2009 | | Invoice=1495714 | | | 1.00 | 2,447.72 | 2,447.72 | Izhak Rubin (Volume II) | |
| | | Voucher=424515 Paid | | | | | | Vendor=Grossman & Cotter, Inc. Balance= .00 Amount= | |
| | | | | | | | | 2447.72 | |

| Date 1 | Date 2 | Atty | Name | Invoice/Voucher | Type | Quantity | Rate | Amount | Description | Ref |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Check #626523 04/07/2009 | |
| 04/09/2009 | | JRC | James R. Cole | | DEPOSIT | 1.00 | 2,079.50 | 2,079.50 | Dan Mottaz Video Productions, LLC Videotaped | 2732452 |
| 05/05/2009 | | | Invoice=1495714 | | | 1.00 | 2,079.50 | 2,079.50 | depositions of Dr. Izhak Rubin | |
| | | | Voucher=424891 Paid | | | | | | Vendor=Dan Mottaz Video Productions, LLC  Balance= .00 | |
| | | | | | | | | | Amount= 2079.50 | |
| | | | | | | | | | Check #626649 04/09/2009 | |
| 04/09/2009 | | JRC | James R. Cole | | DEPOSIT | 1.00 | 1,082.00 | 1,082.00 | Dan Mottaz Video Productions, LLC Videotaped | 2732453 |
| 05/05/2009 | | | Invoice=1495714 | | | 1.00 | 1,082.00 | 1,082.00 | depositions of Dr. Izhak Rubin | |
| | | | Voucher=424893 Paid | | | | | | Vendor=Dan Mottaz Video Productions, LLC  Balance= .00 | |
| | | | | | | | | | Amount= 1082.00 | |
| | | | | | | | | | Check #626649 04/09/2009 | |
| 04/09/2009 | | JRC | James R. Cole | | DEPOSIT | 1.00 | 1,700.67 | 1,700.67 | Esquire Transcript of Chris Heegard | 2732456 |
| 05/05/2009 | | | Invoice=1495714 | | | 1.00 | 1,700.67 | 1,700.67 | | |
| | | | Voucher=424897 Paid | | | | | | Vendor=Esquire  Balance= .00  Amount= 1700.67 | |
| | | | | | | | | | Check #627345 04/24/2009 | |
| 04/09/2009 | | JRC | James R. Cole | | DEPOSIT | 1.00 | 1,536.90 | 1,536.90 | Grossman & Cotter, Inc. Deposition transcript of | 2732457 |
| 05/05/2009 | | | Invoice=1495714 | | | 1.00 | 1,536.90 | 1,536.90 | Robert Sachs | |
| | | | Voucher=424898 Paid | | | | | | Vendor=Grossman & Cotter, Inc.  Balance= .00  Amount= | |
| | | | | | | | | | 1536.90 | |
| | | | | | | | | | Check #627577 04/28/2009 | |
| 04/09/2009 | | JRC | James R. Cole | | DEPOSIT | 1.00 | 2,533.46 | 2,533.46 | Grossman & Cotter, Inc. Deposition transcript of | 2732458 |
| 05/05/2009 | | | Invoice=1495714 | | | 1.00 | 2,533.46 | 2,533.46 | Vernon Rhyne (Volume III) | |
| | | | Voucher=424899 Paid | | | | | | Vendor=Grossman & Cotter, Inc.  Balance= .00  Amount= | |
| | | | | | | | | | 2533.46 | |
| | | | | | | | | | Check #627433 04/27/2009 | |
| 04/15/2009 | | JRC | James R. Cole | | DEPOSIT | 1.00 | 1,794.00 | 1,794.00 | Dan Mottaz Video Productions, LLC Video tape | 2734561 |
| 05/05/2009 | | | Invoice=1495714 | | | 1.00 | 1,794.00 | 1,794.00 | deposition of Thomas Rhyne | |
| | | | Voucher=425613 Paid | | | | | | Vendor=Dan Mottaz Video Productions, LLC  Balance= .00 | |
| | | | | | | | | | Amount= 1794.00 | |
| | | | | | | | | | Check #626907 04/15/2009 | |
| 04/15/2009 | | JRC | James R. Cole | | DEPOSIT | 1.00 | 1,529.50 | 1,529.50 | Dan Mottaz Video Productions, LLC Video tape | 2734563 |
| 05/05/2009 | | | Invoice=1495714 | | | 1.00 | 1,529.50 | 1,529.50 | deposition of Robert Sachs | |
| | | | Voucher=425615 Paid | | | | | | Vendor=Dan Mottaz Video Productions, LLC  Balance= .00 | |
| | | | | | | | | | Amount= 1529.50 | |
| | | | | | | | | | Check #626907 04/15/2009 | |
| | | | BILLED TOTALS:  WORK: | | | | | 40,060.19 | 33 records | |
| | | | BILLED TOTALS:  BILL: | | | | | 40,060.19 | | |
| | | | GRAND TOTAL:  WORK: | | | | | 40,060.19 | 33 records | |
| | | | GRAND TOTAL:  BILL: | | | | | 40,060.19 | | |

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | |
|---|---|---|---|---|---|---|---|---|
| 09/30/2008 | TKINCAID | Tina M. Kincaid | TRNSCPT | 1.00 | 21.60 | 21.60 | Lynette Swenson Federal Court Reporter | 2653706 |
| 10/08/2008 | | Invoice=1447725 | | 1.00 | 21.60 | 21.60 | Stenographic transcript of 8-13-08 telephonic | |
| | | | | | | | hearing held before Magistrate S. Crocker. | |
| | | Voucher=399584 Paid | | | | | Vendor=Lynette Swenson, Federal Court Reporter Balance= .00 | |
| | | | | | | | Amount= 21.60 | |
| | | | | | | | Check #113556 09/30/2008 | |
| | | BILLED TOTALS:  WORK: | | | | 21.60 | 1 records | |
| | | BILLED TOTALS:  BILL: | | | | 21.60 | | |
| | | GRAND TOTAL:  WORK: | | | | 21.60 | 1 records | |
| | | GRAND TOTAL:  BILL: | | | | 21.60 | | |

| Date | Name | Name | Invoice Number | Code | Quantity | Rate | Amount | Description | Bill Number |
|---|---|---|---|---|---|---|---|---|---|
| 05/09/2008 | TKINCAID | Tina M. Kincaid | | REPORT | 1.00 | 203.70 | 203.70 | Cheryl A. Seeman Transcript of Motion to Com | 2583485 |
| 07/07/2008 | | | Invoice=1426157 | | 1.00 | 203.70 | 203.70 | Hearing (4/30/08) | |
| | | | Voucher=378632 Paid | | | | | Vendor=Cheryl A. Seeman  Balance= .00  Amount= 203.70 | |
| | | | | | | | | Check #112762 05/09/2008 | |
| 08/22/2008 | ANORMAN | Andrew M. Norman | | REPORT | 1.00 | 468.20 | 468.20 | Grossman & Cotter, Inc. Court Reporter fees | 2632677 |
| 09/09/2008 | | | Invoice=1441300 | | 1.00 | 468.20 | 468.20 | Patrick Rada deposition taken 7/17/08 | |
| | | | Voucher=393808 Paid | | | | | Vendor=Grossman & Cotter, Inc.  Balance= .00  Amount= 468.20 | |
| | | | | | | | | Check #113329 08/22/2008 | |
| 08/22/2008 | ANORMAN | Andrew M. Norman | | REPORT | 1.00 | 623.30 | 623.30 | Grossman & Cotter, Inc. Court Reporter fees | 2632678 |
| 09/09/2008 | | | Invoice=1441300 | | 1.00 | 623.30 | 623.30 | Andrew Kim deposition taken 7/16/08 | |
| | | | Voucher=393809 Paid | | | | | Vendor=Grossman & Cotter, Inc.  Balance= .00  Amount= 623.30 | |
| | | | | | | | | Check #113330 08/22/2008 | |
| 08/29/2008 | JRC | James R. Cole | | REPORT | 1.00 | 113.40 | 113.40 | Cheryl A. Seeman Transcript for Claims | 2638554 |
| 09/09/2008 | | | Invoice=1441300 | | 1.00 | 113.40 | 113.40 | Construction Hearing | |
| | | | Voucher=394680 Paid | | | | | Vendor=Cheryl A. Seeman  Balance= .00  Amount= 113.40 | |
| | | | | | | | | Check #113387 08/29/2008 | |
| 09/25/2008 | JRC | James R. Cole | | REPORT | 1.00 | 36.90 | 36.90 | Lynette Swenson, Federal Court Reporter | 2651747 |
| 10/08/2008 | | | Invoice=1447725 | | 1.00 | 36.90 | 36.90 | Transcript of 9/15/08 Hearing | |
| | | | Voucher=398978 Paid | | | | | Vendor=Lynette Swenson, Federal Court Reporter  Balance= .00 | |
| | | | | | | | | Amount= 36.90 | |
| | | | | | | | | Check #113536 09/25/2008 | |
| 12/05/2008 | JRC | James R. Cole | | REPORT | 1.00 | 77.60 | 77.60 | Lynette Swenson, Federal Court Reporter | 2681208 |
| 01/07/2009 | | | Invoice=1467636 | | 1.00 | 77.60 | 77.60 | Transcript of 11/19/08 Hearing | |
| | | | Voucher=408409 Paid | | | | | Vendor=Lynette Swenson, Federal Court Reporter  Balance= .00 | |
| | | | | | | | | Amount= 77.60 | |
| | | | | | | | | Check #113826 12/05/2008 | |
| 01/09/2009 | JRC | James R. Cole | | REPORT | 1.00 | 34.20 | 34.20 | Lynette Swenson, Federal Court Reporter | 2693096 |
| 02/06/2009 | | | Invoice=1474609 | | 1.00 | 34.20 | 34.20 | Transcript of Discovery Motion held on 10/2/08 | |
| | | | Voucher=412154 Paid | | | | | Vendor=Lynette Swenson, Federal Court Reporter  Balance= .00 | |
| | | | | | | | | Amount= 34.20 | |
| | | | | | | | | Check #113955 01/09/2009 | |
| 03/06/2009 | TKINCAID | Tina M. Kincaid | | REPORT | 1.00 | 9.00 | 9.00 | Cheryl A. Seeman Hearing transcript | 2717749 |
| 04/29/2009 | | | Invoice=1495038 | | 1.00 | 9.00 | 9.00 | | |
| | | | Voucher=419818 Paid | | | | | Vendor=Cheryl A. Seeman  Balance= .00  Amount= 9.00 | |
| | | | | | | | | Check #114168 03/06/2009 | |
| | | BILLED TOTALS: | WORK: | | | | 1,566.30 | 8 records | |
| | | BILLED TOTALS: | BILL: | | | | 1,566.30 | | |
| | | GRAND TOTAL: | WORK: | | | | 1,566.30 | 8 records | |
| | | GRAND TOTAL: | BILL: | | | | 1,566.30 | | |

| Date | Atty | Name | Type | Qty | Amount | Total | Description | Ref |
|---|---|---|---|---|---|---|---|---|
| 02/20/2009 | JRC | James R. Cole | OCOPY | 1.00 | 1,239.25 | 1,239.25 | Professional Reporters Limited 2/9/09 Deposition | 2711301 |
| 03/17/2009 | | Invoice=1485208 | | 1.00 | 1,239.25 | 1,239.25 | of Jack D. Slobod, realtime, videotape and 2 | |
| | | | | | | | DVDs, Exhibits (534 pages), and transcript | |
| | | Voucher=417877 Paid | | | | | Vendor=Professional Reporters Limited Balance= .00 Amount= | |
| | | | | | | | 1239.25 | |
| | | | | | | | Check #624906 03/10/2009 | |