# EXHIBIT D

| Date | Initials | Name | Type | Quantity | Rate | Amount | Description | Number |
|---|---|---|---|---|---|---|---|---|
| 07/17/2008 | TKINCAID | Tina M. Kincaid | PROCESS | 1.00 | 104.50 | 104.50 | Civil Action Group d/b/a APS International, | 2615669 |
| 08/06/2008 | | Invoice=1433220 | | 1.00 | 104.50 | 104.50 | Service upon Via Licensing in San Francisco | |
| | | Voucher=388381 Paid | | | | | Vendor=Civil Action Group d/b/a APS Internation Balance= | |
| | | | | | | | .00 Amount= 104.50 | |
| | | | | | | | Check #113185 07/17/2008 | |
| 03/20/2009 | TKINCAID | Tina M. Kincaid | PROCESS | 1.00 | 162.50 | 162.50 | Civil Action Group d/b/a APS International, | 2723354 |
| 04/29/2009 | | Invoice=1495038 | | 1.00 | 162.50 | 162.50 | Service upon Sachs/Fenwick & West | |
| | | Voucher=421904 Paid | | | | | Vendor=Civil Action Group d/b/a APS Internation Balance= | |
| | | | | | | | .00 Amount= 162.50 | |
| | | | | | | | Check #114223 03/20/2009 | |
| | | BILLED TOTALS: WORK: | | | | 267.00 | 2 records | |
| | | BILLED TOTALS: BILL: | | | | 267.00 | | |
| | | GRAND TOTAL: WORK: | | | | 267.00 | 2 records | |
| | | GRAND TOTAL: BILL: | | | | 267.00 | | |

Billed and Unbilled Recap Of Cost Detail - [131991.00002 - Fujitsu, Ltd., et al. v. NETGEAR, Inc.]
Client:131991 - NETGEAR, Inc.   9/22/2009 9:23:31 AM