

**EXHIBIT E**

| 04/25/2008 | t2b | Tracey A. Baxter | FILING | 1.00 | 116.45 | 116.45 | Kawasaki, Iida & Associates Payment to Japanese | 2577062 |
|---|---|---|---|---|---|---|---|---|
| 05/30/2008 | | Invoice=1418116 | | 1.00 | 116.45 | 116.45 | associate for obtaining a file history for | |
| | | | | | | | Japan patent application 7-320704 | |
| | | Voucher=376727 Paid | | | | | Vendor=Kawasaki, Iida & Associates  Balance= .00  Amount= | |
| | | | | | | | 116.45 | |
| | | | | | | | Check #08044183  04/23/2008 | |
| | | | | | | | | |
| | | BILLED TOTALS:   WORK: | | | | 116.45 | 1 records | |
| | | BILLED TOTALS:   BILL: | | | | 116.45 | | |
| | | | | | | | | |
| | | GRAND TOTAL:   WORK: | | | | 116.45 | 1 records | |
| | | GRAND TOTAL:   BILL: | | | | 116.45 | | |

| | | | | | | | | 2534185 |
|---|---|---|---|---|---|---|---|---|
| 02/05/2008 | BJB | Bennett J. Berson | PATSRCH | 1.00 | 619.00 | 619.00 | Leslie L. O'Brien File histories for US Patents | |
| 03/10/2008 | | Invoice=1398096 | | 1.00 | 619.00 | 619.00 | 6,018,642; 6,469,993; 4,975,952 | |
| | | Voucher=365452 Paid | | | | | Vendor=Leslie L. O'Brien  Balance= .00  Amount= 619.00 | |
| | | | | | | | Check #605944  02/05/2008 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 619.00 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 619.00 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 619.00 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 619.00 | | |

| 04/17/2009 | jrc | James R. Cole | FOREIGN | 1.00 | 160.64 | 160.64 | Foreign Associate Services - Nam & Nam Foreign | | 2735456 |
|---|---|---|---|---|---|---|---|---|---|
| 05/05/2009 | | Invoice=1495714 | | 1.00 | 160.64 | 160.64 | Associate fees and services rendered for | | |
| | | | | | | | providing client with file history summary of | | |
| | | | | | | | non-English references for KR98/38097 | | |
| | | Voucher=425902 Paid | | | | | Vendor=Nam & Nam  Balance= .00  Amount= 160.64 | | |
| | | | | | | | Check #09044423 04/08/2009 | | |
| | | | | | | | | | |
| 04/17/2009 | JRC | James R. Cole | FOREIGN | 1.00 | 849.67 | 849.67 | Foreign Associate Services - Nam & Nam Foreign | | 2735457 |
| 05/05/2009 | | Invoice=1495714 | | 1.00 | 849.67 | 849.67 | Associate fees and services rendered for | | |
| | | | | | | | providing client with translation from Korean | | |
| | | | | | | | to English for file history summary of | | |
| | | Voucher=425903 Paid | | | | | non-English references for KR98/38097 | | |
| | | | | | | | Vendor=Nam & Nam  Balance= .00  Amount= 849.67 | | |
| | | | | | | | Check #09044423 04/08/2009 | | |
| | | | | | | | | | |
| 05/08/2009 | jbenkers | Josephine K Benkers | FOREIGN | 1.00 | 2,937.50 | 2,937.50 | Foreign Associate Services - Vic Hayes | | 2744403 |
| 06/04/2009 | | Invoice=1503278 | | 1.00 | 2,937.50 | 2,937.50 | Compensation to witness for time spent to | | |
| | | | | | | | locate and confirm documents and information | | |
| | | Voucher=428654 Paid | | | | | for use with a declaration on summary judgment | | |
| | | | | | | | Vendor=Vic Hayes  Balance= .00  Amount= 2937.50 | | |
| | | | | | | | Check #09043133 05/07/2009 | | |
| | | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 3,947.81 | 3 records | | |
| | | BILLED TOTALS:    BILL: | | | | 3,947.81 | | | |
| | | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 3,947.81 | 3 records | | |
| | | GRAND TOTAL:    BILL: | | | | 3,947.81 | | | |

| 07/21/2008 | JRC | James R. Cole | TRAVELX | 1.00 | 938.12 | 938.12 | Foreign Draft Charges. England; Wynne-Jones, | 2617074 |
|---|---|---|---|---|---|---|---|---|
| 08/06/2008 | | Invoice=1433220 | | 1.00 | 938.12 | 938.12 | Laine & James; Payment to European associate | |
| | | | | | | | for services in connection with request for | |
| | | | | | | | file history/summary of non-english references | |
| | | | | | | | for EP0213682 (related to GB8522000); Invoice | |
| | | | | | | | 30238; fd# 410969 dated 7/18/08. | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 938.12 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 938.12 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 938.12 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 938.12 | | |