# EXHIBIT A
# PART 1

# INVOICE

**GROSSMAN & COTTER, INC.**
117 S. California Avenue, Suite D-201
Palo Alto, CA  94306
Ph: (650)324-1181     Fx: (650)324-4609
FED ID #93-0989081

RECEIVED
JUL 2 9 2008
QUARLES & BRADY LLP

ANDREW M. NORMAN, ESQ.
QUARLES & BRADY
33 EAST MAIN STREET, SUITE 900
MADISON, WI  53703

July 25, 2008

**Invoice#** 44948

**Balance:**   $468.20

Re: FUJITSU VS. NETGEAR
    PATRICK RADA
    on 07/17/08
    by SHELLEY M. SAILOR, CSR NO. 10254

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:  PATRICK RADA | |
| ONE COPY OF TRANSCRIPT | 218.00 |
| ROUGH DRAFT | 100.00 |
| CERTIFICATION FEE | 5.00 |
| ASCII, E-TRANS, CONDENSED | 16.00 |
| EXHIBITS | 129.20 |
| SHIPPING & HANDLING @ NO CHARGE | |

131991.00002

P l e a s e   R e m i t   - - - >   **Total Due:**   $468.20

**Please tear off stub and return with payment.**
*A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.*

GROSSMAN & COTTER, INC.
117 S. California Avenue, Suite D-201
Palo Alto, CA  94306

Invoice# 44948
Balance$    468.20

# INVOICE

**GROSSMAN & COTTER, INC.**
117 S. California Avenue, Suite D-201
Palo Alto, CA 94306
Ph: (650)324-1181   Fx: (650)324-4609
FED ID #93-0989081

RECEIVED
JUL 2 9 2008
QUARLES & BRADY LLP

ANDREW M. NORMAN, ESQ.
QUARLES & BRADY
33 EAST MAIN STREET, SUITE 900
MADISON, WI 53703

July 25, 2008

Invoice# 44942

Balance: $623.30

Re: FUJITSU VS. NETGEAR
    ANDREW KIM
    on 07/16/08
    by SHELLEY M. SAILOR, CSR NO. 10254

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: ANDREW KIM | |
| ONE COPY OF TRANSCRIPT | 202.40 |
| ROUGH DRAFT | 92.50 |
| CERTIFICATION FEE | 5.00 |
| ASCII, E-TRANS, CONDENSED | 16.00 |
| EXHIBITS | 206.40 |
| SHIPPING & HANDLING | 101.00 |

13199l.60002

P l e a s e   R e m i t   - - - >   Total Due: $623.30

**Please tear off stub and return with payment.**

*A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.*

GROSSMAN & COTTER, INC.
117 S. California Avenue, Suite D-201
Palo Alto, CA 94306

Invoice# 44942
Balance$ 623.30

# Invoice

**DAN MOTTAZ VIDEO PRODUCTIONS, LLC**
182 Second Street, Suite 202
San Francisco, CA 94105
(415) 624-1300
Tax I.D. 94-3289285

| DATE | INVOICE # |
|---|---|
| 7/30/2008 | 30556 |

**BILL TO**
QUARLES & BRADY, LLP
One South Pinckney Street, #600
Madison, WI 53703

Attn: James R. Cole, Esq.

*Attn. Lisa* (handwritten, circled)

**CASE INFORMATION**

Deposition of Andrew Kim, PMK
Fujitsu v. Netgear
Taken 7/16/08

| TERMS | P.O. NO. |
|---|---|
| C.O.D. | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2 | MPEG files on DVD-ROM - Vol. I, Files 1-2 | 95.00 | 190.00 |
| 2 | Files synchronized with TrialDirector | 100.00 | 200.00 |
|  | Shipping & Handling - UPS 2nd Day Air | 35.00 | 35.00 |

Thank you for your order!

**Total** $425.00

COPY (stamp)

**DAN MOTTAZ VIDEO PRODUCTIONS, LLC**
182 Second Street, Suite 202
San Francisco, CA 94105
(415) 624-1300
Tax I.D. 94-3289285

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/31/2008 | 30561 |

**BILL TO**

QUARLES & BRADY, LLP
One South Pinckney Street, #600
Madison, WI 53703

Attn: James R. Cole, Esq.

*Attn. Lisa Strand* (handwritten)

**CASE INFORMATION**

Deposition of Patrick Rada, PMK
Fujitsu v. Netgear
Taken 7/17/08

| TERMS | P.O. NO. |
|---|---|
| C.O.D. | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2 | MPEG files on DVD-ROM - Vol. I, Files 1-2 | 95.00 | 190.00 |
| 2 | Files synchronized with TrialDirector | 100.00 | 200.00 |
|  | Shipping & Handling - UPS 2nd Day Air | 35.00 | 35.00 |

*Hi Lisa:*

*Here's another deponent. The video's should arrive Monday.*

*Thanks. DAN*

Thank you for your order!

| Total | $425.00 |
|---|---|

COPY

AO 44 (Rev. 03/08)

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

## INVOICE

NUMBER: 64374

TO:
Quarles & Brady
Attention: Lisa Strand
33 East Main Street, Suite 900
Madison, WI 53703

PHONE: (608) 251-5000
FAX:

MAKE CHECK PAYABLE TO:
Cheryl A. Seeman
120 North Henry Street, Room 520
Madison, Wisconsin 53703

PHONE: (608) 255-3821

### TRANSCRIPTS

☐ CRIMINAL  ☑ CIVIL

DATE ORDERED: 08/25/2008
DATE DELIVERED: 08/25/2008

IN THE MATTER OF (CASE NUMBER AND TITLE)
Fujitsu, et al. v. Netgear v. Atheros, et al.    Case No. 07-CV-710-C

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 126 | 0.90 | 113.40 | | | 0.00 | | | 0.00 | 113.40 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

For proceedings on (Date): August 15, 2008

Claims Construction Hearing

| | |
|---|---|
| TOTAL | 113.40 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| LESS TAX (If Applicable) | |
| LESS AMOUNT OF DEPOSIT | |
| TOTAL REFUNDED | 0.00 |
| TOTAL DUE | 113.40 |

### ADDITIONAL INFORMATION
Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER
Cheryl A. Seeman, RMR, CRR

DATE: 08/25/2008

DISTRIBUTION:  TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

# INVOICE

## GROSSMAN & COTTER, INC.
117 S. California Avenue, Suite D-201
Palo Alto, CA 94306
Ph: (650)324-1181    Fx: (650)324-4609
FED ID #93-0989081

JAMES R. COLE, ESQ.  
QUARLES & BRADY  
33 EAST MAIN STREET, SUITE 900  
MADISON, WI 53703

September 17, 2008

**Invoice#** 45531

**Balance:**    $649.30

**Re:** FUJITSU VS. NETGEAR  
DAVID QUONG  
on 09/04/08  
by LOUISE MARIE SOUSOURES

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: DAVID QUONG | |
| ONE COPY OF TRANSCRIPT | 348.00 |
| LIVENOTE/ROUGH ASCII | 237.50 |
| CERTIFICATION FEE | 5.00 |
| ASCII & CONDENSED | 16.00 |
| EXHIBITS | 42.80 |
| SHIPPING & HANDLING @ NO CHARGE | |

P l e a s e   R e m i t   - - - >   Total Due:    $649.30

**Please tear off stub and return with payment.**

*A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE  
ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.*

GROSSMAN & COTTER, INC.  
117 S. California Avenue, Suite D-201  
Palo Alto, CA 94306

Invoice# 45531

Balance$    649.30

# INVOICE

## GROSSMAN & COTTER, INC.
117 S. California Avenue, Suite D-201
Palo Alto, CA   94306
Ph: (650)324-1181     Fx: (650)324-4609
FED ID #93-0989081

JAMES R. COLE, ESQ.  
QUARLES & BRADY  
33 EAST MAIN STREET, SUITE 900  
MADISON, WI   53703

September 17, 2008

**Invoice#** 45529

**Balance:**   $1,245.40

Re: FUJITSU VS. NETGEAR  
    VIVEK PATHELA  
    on 09/03/08  
    by LOUISE MARIE SOUSOURES

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:  VIVEK PATHELA | |
| ONE COPY OF TRANSCRIPT | 449.40 |
| LIVENOTE/ROUGH ASCII | 286.25 |
| CERTIFICATION FEE | 5.00 |
| ASCII & CONDENSED | 16.00 |
| EXHIBITS | 407.40 |
| SHIPPING & HANDLING | 81.35 |

P l e a s e   R e m i t   - - - >   Total Due:  $1,245.40

**Please tear off stub and return with payment.**
*A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.*

GROSSMAN & COTTER, INC.
117 S. California Avenue, Suite D-201
Palo Alto, CA   94306

Invoice# 45529

Balance$     1,245.40

**DAN MOTTAZ VIDEO PRODUCTIONS, LLC**
182 Second Street, Suite 202
San Francisco, CA 94105
(415) 624-1300
Tax I.D. 94-3289285

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/17/2008 | 30754 |

**BILL TO**

QUARLES & BRADY, LLP
33 E. Main Street, Suite 900
Madison, WI 53703

Attn: James R. Cole, Esq.

**CASE INFORMATION**

Depositions of Vivek Pathela
and David Quong
Fujitsu v. Netgear
Taken 9/3/08 & 9/4/08

| TERMS | P.O. NO. |
|---|---|
| C.O.D. | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 6 | MPEG files on DVD-ROM - Pathela, Vol. I, Files 1-4; Quong, Vol. I, Files 1-2 | 95.00 | 570.00 |
| 6 | Files synchronized with TrialDirector | 100.00 | 600.00 |
| | Shipping & Handling - UPS 2nd Day Air | 35.00 | 35.00 |

Thank you for your order!

**Total** $1,205.00

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice number: 371 |
| --- | --- |
| | Call number: |
| TO: Quarles & Brady<br>33 E. Main Street<br>Madison, WI 53703<br><br>c/o ls4@quarles.com | MAKE CHECK PAYABLE TO:<br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry Street, Room 520<br>Madison, WI 53703<br>(608) 255-3821 |

## TRANSCRIPTS:

| Case Type: | Date Ordered: | Date Delivered: |
| --- | --- | --- |
| Civil | 9-24-08 | 9-24-08 |

**In the matter of Fujitsu vs. Netgear        07-CV-710**

Stenographic transcript of motion hearing held on 9-15-08 before Magistrate Stephen L. Crocker

Copy

**41 pgs. @ $.90**                                                                $36.90


                            TOTAL DUE          $36.90


## CERTIFICATION:

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

/s/_____     Date:__9-24-08_____

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice number: 373<br>Call number: |
|---|---|
| TO: Quarles & Brady<br>33 E. Main Street, Ste 900<br>Madison, WI 53703 | MAKE CHECK PAYABLE TO:<br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry Street, Room 520<br>Madison, WI 53703<br>(608) 255-3821 |

## TRANSCRIPTS:

| Case Type: | Date Ordered: | Date Delivered: |
|---|---|---|
| Civil | 9-25-08 | 9-25-08 |

**In the matter of Fujitsu vs. Netgear          05-CV-204**

Stenographic transcript of 8-13-08 telephonic hearing held before Magistrate Stephen L. Crocker

Copy

24 pgs. @ $.90                                                                $ 21.60




TOTAL DUE          $21.60




## CERTIFICATION:

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

/s/_____          Date:__9-25-08_____

**DAN MOTTAZ VIDEO PRODUCTIONS, LLC**
182 Second Street, Suite 202
San Francisco, CA 94105
(415) 624-1300
Tax I.D. 94-3289285

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/9/2008 | 30857 |

| BILL TO |
|---|
| QUARLES & BRADY, LLP |
| 33 E. Main Street, Suite 900 |
| Madison, WI 53703 |
| |
| Attn: James R. Cole, Esq. |

| CASE INFORMATION |
|---|
| |
| Deposition of Eric Cheong, PMK |
| Fujitsu v. Netgear |
| Taken 9/24/08 |

**PAST DUE**

| TERMS | P.O. NO. |
|---|---|
| Due on recpt | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | MPEG file on DVD-ROM - Vol. I, File 1 | 95.00 | 95.00 |
| 1 | File synchronized with TrialDirector | 100.00 | 100.00 |
| | Shipping & Handling - UPS 2nd Day Air | 35.00 | 35.00 |

Thank you for your order!

**Total** $230.00

# INVOICE

## GROSSMAN & COTTER, INC.
117 S. California Avenue, Suite D-201
Palo Alto, CA  94306
Ph: (650)324-1181     Fx: (650)324-4609
FED ID #93-0989081

JAMES R. COLE, ESQ.                              October  9, 2008
QUARLES & BRADY
33 EAST MAIN STREET, SUITE 900                   **Invoice#** 45796
MADISON, WI  53703
                                                 **Balance:**  $1,099.05


Re: FUJITSU VS. NETGEAR
    TIMOTHY DONOVAN
    on 09/19/08
    by LOUISE MARIE SOUSOURES

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:  TIMOTHY DONOVAN | |
| ONE COPY OF TRANSCRIPT | 308.80 |
| LIVENOTE/ROUGH ASCII | 216.25 |
| CERTIFICATION FEE | 5.00 |
| ASCII & CONDENSED | 16.00 |
| EXHIBITS | 442.40 |
| SHIPPING & HANDLING | 110.60 |

P l e a s e   R e m i t   - - - >   Total Due:  $1,099.05

**Please tear off stub and return with payment.**

*A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.*

GROSSMAN & COTTER, INC.                          Invoice# 45796
117 S. California Avenue, Suite D-201
Palo Alto, CA  94306                             Balance$    1,099.05

# INVOICE

## GROSSMAN & COTTER, INC.
117 S. California Avenue, Suite D-201
Palo Alto, CA 94306
Ph: (650)324-1181    Fx: (650)324-4609
FED ID #93-0989081

JAMES R. COLE, ESQ.  
QUARLES & BRADY  
33 EAST MAIN STREET, SUITE 900  
MADISON, WI 53703

October 9, 2008

**Invoice#** 45799

**Balance:** $342.20

**Re:** FUJITSU VS. NETGEAR  
　　ERIC CHEONG  
　　on 09/24/08  
　　by LOUISE MARIE SOUSOURES

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: ERIC CHEONG | |
| ONE COPY OF TRANSCRIPT | 160.60 |
| LIVENOTE/ROUGH ASCII | 145.00 |
| CERTIFICATION FEE | 5.00 |
| ASCII & CONDENSED | 16.00 |
| EXHIBITS | 15.60 |
| SHIPPING & HANDLING @ NO CHARGE | |

P l e a s e    R e m i t  - - - >   Total Due:    $342.20

**Please tear off stub and return with payment.**
*A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.*

GROSSMAN & COTTER, INC.
117 S. California Avenue, Suite D-201
Palo Alto, CA 94306

Invoice# 45799

Balance$    342.20

**DAN MOTTAZ VIDEO PRODUCTIONS, LLC**
182 Second Street, Suite 202
San Francisco, CA 94105
(415) 624-1300
Tax I.D. 94-3289285

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/10/2008 | 30868 |

**BILL TO**

QUARLES & BRADY, LLP
33 E. Main Street, Suite 900
Madison, WI 53703

Attn: James R. Cole, Esq.

**CASE INFORMATION**

Deposition of Tim Donovan
Fujitsu v. Netgear
Taken 9/19/08

| TERMS | P.O. NO. |
|---|---|
| Due on recpt | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 3 | MPEG files on DVD-ROM - Vol. I, Files 1-3 | 95.00 | 285.00 |
| 3 | Files synchronized with TrialDirector | 100.00 | 300.00 |
| | Shipping & Handling - UPS 2nd Day Air | 35.00 | 35.00 |

Thank you for your order!

**Total** $620.00

# INVOICE

## GROSSMAN & COTTER, INC.
117 S. California Avenue, Suite D-201
Palo Alto, CA 94306
Ph: (650)324-1181    Fx: (650)324-4609
FED ID #93-0989081

JAMES R. COLE, ESQ.                               November 7, 2008
QUARLES & BRADY
33 EAST MAIN STREET, SUITE 900                    Invoice# 46192
MADISON, WI 53703
                                                  **Balance:** $1,833.25

**Re:** FUJITSU VS. NETGEAR
   NATE ALVORD
      on 10/29/08
      by LOUISE MARIE SOUSOURES

| Charge Description | Amount |
| --- | --- |
| DEPOSITION OF: NATE ALVORD | |
| ORIGINAL & ONE COPY | 1,078.00 |
| LIVENOTE/ROUGH ASCII | 300.00 |
| CERTIFICATION FEE | 35.00 |
| ASCII & CONDENSED | 16.00 |
| EXHIBITS | 296.00 |
| SHIPPING & HANDLING | 108.25 |

P l e a s e   R e m i t  - - ->   Total Due: $1,833.25

---

Please tear off stub and return with payment.
*A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.*

GROSSMAN & COTTER, INC.                           Invoice# 46192
117 S. California Avenue, Suite D-201
Palo Alto, CA 94306                               Balance$   1,833.25

# Invoice

**DAN MOTTAZ VIDEO PRODUCTIONS, LLC**
182 Second Street, Suite 202
San Francisco, CA 94105
(415) 624-1300
Tax I.D. 94-3289285

| DATE | INVOICE # |
|---|---|
| 11/12/2008 | 30975 |

**BILL TO**

QUARLES & BRADY, LLP
33 E. Main Street, Suite 900
Madison, WI 53703

Attn: Josephine K. Bankers

**CASE INFORMATION**

Deposition of Milind Kopikare, 30(b)(6)
Fujitsu v. Netgear
Taken 11/4/08

| TERMS | P.O. NO. |
|---|---|
| Due on recpt | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 3 | MPEG files on DVD-ROM - Vol. I, Files 1-3 | 95.00 | 285.00 |
| 3 | Files synchronized with TrialDirector | 100.00 | 300.00 |
| | Shipping & Handling - UPS 2nd Day Air | 35.00 | 35.00 |

Thank you for your order!

**Total** $620.00

# INVOICE

**GROSSMAN & COTTER, INC.**
117 S. California Avenue, Suite D-201
Palo Alto, CA 94306
Ph: (650)324-1181    Fx: (650)324-4609
FED ID #93-0989081

JAMES R. COLE, ESQ.                                November 12, 2008
QUARLES & BRADY
33 EAST MAIN STREET, SUITE 900                     Invoice# 46269
MADISON, WI 53703
                                                   Balance:    $672.90

Re: FUJITSU VS. NETGEAR
    MILIND KOPIKARE
        on 11/04/08
        by LOUISE MARIE SOUSOURES

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: MILIND KOPIKARE | |
| ONE COPY OF TRANSCRIPT | 316.60 |
| ROUGH DRAFT | 145.00 |
| CERTIFICATION FEE | 5.00 |
| ASCII & CONDENSED | 16.00 |
| EXHIBITS | 117.60 |
| SHIPPING & HANDLING | 72.70 |

                P l e a s e   R e m i t   - - - >   Total Due:    $672.90

---

**Please tear off stub and return with payment.**
*A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.*

GROSSMAN & COTTER, INC.                            Invoice# 46269
117 S. California Avenue, Suite D-201
Palo Alto, CA 94306                                Balance$    672.90

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice number:409 |
| --- | --- |
| | Call number: |
| TO: Quarles & Brady<br>tkincaid@quarles.com | MAKE CHECK PAYABLE TO:<br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry Street, Room 520<br>Madison, WI 53703<br>(608) 255-3821 |

## TRANSCRIPTS:

| Case Type: | Date Ordered: | Date Delivered: |
| --- | --- | --- |
| Civil | 11-18-08 | 11-18-08 |

**In the matter of Fujitsu vs. Netgear      07-CV-710**

Stenographic transcript of discovery motion held on 10-2-08 before Chief Judge Barbara B. Crabb

38 pgs. @ $.90                                $34.20


TOTAL DUE     $34.20

### CERTIFICATION:

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

/s/_____     Date: __11-18-08_____

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice number: 411 <br> Call number: |
|---|---|
| TO: Quarles & Brady <br> Ls4@quarles.com | MAKE CHECK PAYABLE TO: <br> Lynette Swenson <br> Federal Court Reporter <br> 120 North Henry Street, Room 520 <br> Madison, WI 53703 <br> (608) 255-3821 |

## TRANSCRIPTS:

| Case Type: | Date Ordered: | Date Delivered: |
|---|---|---|
| Civil | 11-20-08 | 11-20-08 |

**In the matter of Fujitsu vs. Netgear   07-CV-710**

Stenographic transcript of telephonic hearing held on 11-19-08 before Magistrate Stephen L. Crocker

16 pgs. @ $4.85    (Expedited)                                   $77.60

TOTAL DUE    $77.60

### CERTIFICATION:

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

_____/s/_____    Date:____11/20/08_____