# EXHIBIT A

# PART 2

# PROFESSIONAL REPORTERS
## L I M I T E D

MADISON • 608-256-1313          800-279-3505          FAX • 608-256-1306

ONE EAST MAIN • MADISON, WISCONSIN 53703

email: depos@professionalreporters.com          www.professionalreporters.com

TAXPAYER I.D. # 39-1280134

TO: **QUARLES & BRADY**
**Attorneys at Law**
**33 East Main Street**
**Madison, Wisconsin 53703**

**Attention: MR. JAMES R. COLE**

RE: **FUJITSU**
**LIMITED**
- vs -
**NETGEAR, INC.**

DATE: 1/28/09                    Invoice No: 09B20356

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition taken on January 20, 2009: | |
| **JOEL WILLIAMS - Original & Courtesy Copy - 285 Pages** | $997.50 |
| **Attendance (9 a.m. to 6:30 p.m.)** | $125.00 |
| **Exhibits - 585 Pages** | $146.25 |
| **Condensed Transcript, Word Index and ASCII emailed - NC** | |
| **Videotape Time and 3 DVDs** | $250.00 |
| **Sales tax on videotape time only** | $13.75 |
| HLD                                          TOTAL | $1,532.50 |

*Thank You!*                    PLEASE enclose one copy to insure proper credit.

# INVOICE

**GROSSMAN & COTTER, INC.**

117 S. California Avenue, Suite D-201
Palo Alto, CA 94306
Ph: (650)324-1181    Fx: (650)324-4609
FED ID #93-0989081

February 6, 2009

**Invoice#** 46904

**Balance:** $1,786.20

JAMES R. COLE, ESQ.
QUARLES & BRADY
33 EAST MAIN STREET, SUITE 900
MADISON, WI  53703

Re: FUJITSU VS. NETGEAR
    IZHAK RUBIN
    on 01/23/09
    by LINDSAY PINKHAM

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: IZHAK RUBIN | |
| ORIGINAL + ONE COPY | 1,224.55 |
| LIVENOTE/ROUGH ASCII | 328.75 |
| CERTIFICATION FEE | 35.00 |
| ASCII & CONDENSED | 16.00 |
| EXHIBITS | 109.20 |
| SHIPPING & HANDLING | 72.70 |

P l e a s e   R e m i t   - - ~ >   Total Due: $1,786.20

# DAN MOTTAZ VIDEO PRODUCTIONS, LLC
182 Second Street, Suite 202
San Francisco, CA 94105
(415) 624-1300
Tax I.D. 94-3289285

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/9/2009 | 31237 |

**BILL TO**

QUARLES & BRADY, LLP
33 E. Main Street, Suite 900
Madison, WI 53703

Attn: James R. Cole, Esq.

**CASE INFORMATION**

Deposition of Dr. Izhak Rubin
Fujitsu v. Netgear

| TERMS | P.O. NO. |
|-------|----------|
| Due on recpt | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---------|-------------|------|--------|
| 10.5 | Hours-Video production 1/23/09 (Southern California rate) | 115.00 | 1,207.50 |
| 4 | Original Digital videotapes (retained by DMVP) | 35.00 | 140.00 |
| 4 | MPEG files on DVD-ROM - Vol. I, Files 1-4 | 95.00 | 380.00 |
| 4 | Files synchronized with TrialDirector | 100.00 | 400.00 |
| | Parking | 30.00 | 30.00 |
| | Shipping & Handling - UPS 2nd Day Air | 35.00 | 35.00 |

Thank you for your continued business!

| **Total** | $2,192.50 |
|-----------|-----------|

# PROFESSIONAL REPORTERS
## LIMITED

MADISON • 608-256-1313          800-279-3505          FAX • 608-256-1306

ONE EAST MAIN • MADISON, WISCONSIN 53703

email: depos@professionalreporters.com          www.professionalreporters.com

TAXPAYER I.D. # 39-1280134

TO:  **QUARLES & BRADY**
     **Attorneys at Law**
     **33 East Main Street**
     **Madison, Wisconsin 53703**
     **Attention:  MR. JAMES R. COLE**

RE:  **FUJITSU LIMITED**

- vs -

**NETGEAR, INC.**

DATE:  2/16/09

Invoice No: 09C20415

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition taken on February 6, 2009:      SUMMATION REALTIME | |
| VERNON THOMAS RHYNE, Ph.D. - Original & Courtesy Copy - 183 Pages | $823.50 |
| Attendance | $95.00 |
| Videotape Time and 2 DVDs | $250.00 |
| Exhibits - 229 Pages | $57.25 |
| Sales tax on videotape time only | $13.75 |
| Condensed Transcript, Word Index and ASCII CD - NC | |
| HLD                                      **TOTAL** | $1,239.50 |

*Thank You!*          PLEASE enclose one copy to insure proper credit.

# PROFESSIONAL REPORTERS
## L I M I T E D

MADISON • 608-256-1313          800-279-3505          FAX • 608-256-1306
ONE EAST MAIN • MADISON, WISCONSIN 53703
email: depos@professionalreporters.com          www.professionalreporters.com
TAXPAYER I.D. # 39-1280134

TO:   **QUARLES & BRADY**
      **Attorneys at Law**
      **33 East Main Street**
      **Madison, Wisconsin 53703**
      **Attention:  MR. JAMES R. COLE**

RE:   **FUJITSU LIMITED**

          - vs -

      **NETGEAR, INC.**

DATE:   2/16/09

Invoice No: 09C20422

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition taken on February 9, 2009:      SUMMATION REALTIME | |
| JACK D. SLOBOD - Original & Courtesy Copy -  166 Pages | $747.00 |
| Attendance | $95.00 |
| Videotape time and 2 DVDs | $250.00 |
| Exhibits - 534 Pages | $133.50 |
| Sales tax on videotape time only | $13.75 |
| Condensed Transcript, Word Index and E-transcript - NC | |

HLD

TOTAL      $1,239.25

*Thank You!*                    PLEASE enclose one copy to insure proper credit.

# INVOICE

## GROSSMAN & COTTER, INC.

*117 S. California Avenue, Suite D-201*
*Palo Alto, CA 94306*
*Ph: (650)324-1181     Fx: (650)324-4609*
*FED ID #93-0989081*

JAMES R. COLE, ESQ.                          February 19, 2009
QUARLES & BRADY
33 EAST MAIN STREET, SUITE 900               **Invoice#** 47035
MADISON, WI 53703

                                             **Balance:**     $850.75

**Re:** FUJITSU VS. NETGEAR
    JAE-OAK KHO
    *on* 02/11/09
    *by* SHELLEY M. SAILOR, CSR NO. 10254

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: JAE-OAK KHO | |
| ORIGINAL + ONE COPY OF TRANSCRIPT | 466.20 |
| LIVENOTE/ROUGH ASCII | 153.75 |
| CERTICATION FEE | 35.00 |
| ASCII & CONDENSED | 16.00 |
| EXHIBITS | 134.80 |
| SHIPPING & HANDLING | 45.00 |

P l e a s e   R e m i t   - - >   Total Due:   $850.75

---

**Please tear off stub and return with payment.**
*A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE*
*ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.*

GROSSMAN & COTTER, INC.                    Invoice# 47035
117 S. California Avenue, Suite D-201
Palo Alto, CA 94306                        Balance$     850.75

# INVOICE

## GROSSMAN & COTTER, INC.

*117 S. California Avenue, Suite D-201*
*Palo Alto, CA  94306*
*Ph: (650)324-1181    Fx: (650)324-4609*
*FED ID #93-0989081*

JAMES R. COLE, ESQ.
QUARLES & BRADY
33 EAST MAIN STREET, SUITE 900
MADISON, WI  53703

February 20, 2009

**Invoice#** 47037

**Balance:**  $751.85

**Re:** FUJITSU VS. NETGEAR
JEONGSOO LEE
on 02/11/09
by SHELLEY M. SAILOR, CSR NO. 10254

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:  JEONGSOO LEE | |
| ORIGINAL + ONE COPY OF TRANSCRIPT | 354.90 |
| LIVENOTE/ROUGH ASCII | 143.75 |
| CERTICATION FEE | 35.00 |
| ASCII & CONDENSED | 16.00 |
| EXHIBITS | 157.20 |
| SHIPPING & HANDLING | 45.00 |

P l e a s e   R e m i t   - - >   Total Due:   $751.85

**Please tear off stub and return with payment.**

*A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE*
*ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.*

# DAN MOTTAZ VIDEO PRODUCTIONS, LLC

182 Second Street, Suite 202
San Francisco, CA 94105
(415) 624-1300
Tax I.D. 94-3289285

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/20/2009 | 31281 |

**BILL TO**

QUARLES & BRADY, LLP
33 E. Main Street, Suite 900
Madison, WI 53703

Attn: James R. Cole, Esq.

**CASE INFORMATION**

Depositions of Jae-Oak Kho, PMK
and Jeongsoo "Jason" Lee, PMK
Fujitsu v. Netgear

| TERMS | P.O. NO. |
|-------|----------|
| Due on recpt | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---------|-------------|------|--------|
| 10.5 | Hours-Video production 2/11/09 | 95.00 | 997.50 |
| 4 | Original Digital videotapes (retained by DMVP) | 35.00 | 140.00 |
| 4 | MPEG files on DVD-ROM - Vol. I, Files 1-2 of each witness | 95.00 | 380.00 |
| 4 | Files synchronized with TrialDirector | 100.00 | 400.00 |
| | Parking | 31.00 | 31.00 |
| | Shipping & Handling - UPS 2nd Day Air | 35.00 | 35.00 |

Thank you for your continued business!

**Total** $1,983.50

# INVOICE

## GROSSMAN & COTTER, INC.

*117 S. California Avenue, Suite D-201*
*Palo Alto, CA  94306*
*Ph: (650)324-1181    Fx: (650)324-4609*
*FED ID #93-0989081*

JOSEPHINE BENKERS, ESQ.
QUARLES & BRADY
33 EAST MAIN STREET, SUITE 900
MADISON, WI  53703

February 26, 2009

**Invoice#** 47102

**Balance:**    $889.20

**Re:** FUJITSU VS. NETGEAR
    KENJI SHIMODA
    *on* 02/12/09
    *by* LOUISE MARIE SOUSOURES

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:  KENJI SHIMODA | |
| ORIGINAL + ONE COPY | 370.20 |
| 2 LIVENOTE HOOKUPS/ROUGH ASCII | 215.00 |
| CERTIFICATION FEE | 35.00 |
| ASCII & CONDENSED | 16.00 |
| EXHIBITS | 200.80 |
| SHIPPING & HANDLING | 52.20 |

P l e a s e   R e m i t   - - - >   Total Due:   $889.20

**Please tear off stub and return with payment.**
*A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE*
*ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.*

GROSSMAN & COTTER, INC.
117 S. California Avenue, Suite D-201
Palo Alto, CA  94306

Invoice# 47102

Balance:    $889.20

# INVOICE

## GROSSMAN & COTTER, INC.

117 S. California Avenue, Suite D-201
Palo Alto, CA  94306
Ph: (650)324-1181    Fx: (650)324-4609
FED ID #93-0989081

JOSEPHINE BENKERS, ESQ.                    February 26, 2009
QUARLES & BRADY
33 EAST MAIN STREET, SUITE 900             **Invoice#** 47100
MADISON, WI  53703
                                           **Balance:**  $1,179.20

**Re:** FUJITSU VS. NETGEAR
TAKASUKE YAMANISHI
   on 02/12/09
   by LOUISE MARIE SOUSOURES

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:  TAKASUKE YAMANISHI | |
| ORIGINAL + ONE COPY | 690.00 |
| 2 LIVENOTE HOOKUPS/ROUGH ASCII | 275.00 |
| CERTIFICATION FEE | 35.00 |
| ASCII & CONDENSED | 16.00 |
| EXHIBITS | 116.00 |
| SHIPPING & HANDLING | 47.20 |

Please Remit --->  Total Due:  $1,179.20

Please tear off stub and return with payment.
A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE

GROSSMAN & COTTER, INC.                    Invoice# 47100
117 S. California Avenue, Suite D-201
Palo Alto, CA  94306                       Balance: 1179.20

**DAN MOTTAZ VIDEO PRODUCTIONS, LLC**
182 Second Street, Suite 202
San Francisco, CA 94105
(415) 624-1300
Tax I.D. 94-3289285

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/3/2009 | 31326 |

### BILL TO

QUARLES & BRADY, LLP
33 E. Main Street, Suite 900
Madison, WI 53703

Attn: Josephine Benkers

### CASE INFORMATION

Depositions of Takasuke Yamanishi, PMK
and Kenji Shimoda, PMK
Fujitsu v. Netgear

| TERMS | P.O. NO. |
|-------|----------|
| Due on recpt | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---------|-------------|------|--------|
| 10 | Hours-Video production 2/12/09 | 95.00 | 950.00 |
| 1 | Hour-Video production 2/12/09 (overtime rate) | 150.00 | 150.00 |
| | Late Cancellation fee 2/13/09 - job cancelled at 6:30pm on 2/12/09 | 380.00 | 380.00 |
| 5 | Original Digital videotapes (retained by DMVP) | 35.00 | 175.00 |
| 5 | MPEG files on DVD-ROM - Yamanishi, Vol. I, Files 1-3; Shimoda, Vol. I, Files 1-2 | 95.00 | 475.00 |
| 5 | Files synchronized with TrialDirector | 100.00 | 500.00 |
| | Shipping & Handling - UPS 2nd Day Air | 35.00 | 35.00 |

Thank you for your continued business!

| **Total** | $2,665.00 |
|-----------|-----------|

**DAN MOTTAZ VIDEO PRODUCTIONS, LLC**
182 Second Street, Suite 202
San Francisco, CA 94105
(415) 624-1300
Tax I.D. 94-3289285

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/27/2009 | 31410 |

| BILL TO |
|---------|
| QUARLES & BRADY, LLP |
| 33 E. Main Street, Suite 900 |
| Madison, WI 53703 |
| |
| Attn: James R. Cole, Esq. |

| CASE INFORMATION |
|------------------|
| Deposition of Dr. Izhak Rubin |
| Fujitsu v. Netgear |

| TERMS | P.O. NO. |
|-------|----------|
| Due on recpt | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---------|-------------|------|--------|
| 9.5 | Hours-Video production 3/19/09 (Southern California rate) | 115.00 | 1,092.50 |
| 4 | Original Digital videotapes (retained by DMVP) | 35.00 | 140.00 |
| 4 | MPEG files on DVD-ROM - Vol. II, Files 1-4 | 95.00 | 380.00 |
| 4 | Files synchronized with TrialDirector | 100.00 | 400.00 |
| | Parking | 32.00 | 32.00 |
| | Shipping & Handling - UPS 2nd Day Air | 35.00 | 35.00 |

Thank you for your continued business!

| **Total** | $2,079.50 |
|-----------|-----------|



# DAN MOTTAZ VIDEO PRODUCTIONS, LLC
182 Second Street, Suite 202
San Francisco, CA  94105
(415) 624-1300
Tax I.D. 94-3289285

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 3/27/2009 | 31412 |

**BILL TO**

QUARLES & BRADY, LLP
33 E. Main Street, Suite 900
Madison, WI  53703

Attn:  James R. Cole, Esq.

**CASE INFORMATION**

Deposition of Dr. Izhak Rubin
Fujitsu v. Netgear

| TERMS | P.O. NO. |
| --- | --- |
| Due on recpt | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| 5 | Hours-Video production 3/20/09 (Southern California rate) | 115.00 | 575.00 |
| 2 | Original Digital videotapes (retained by DMVP) | 35.00 | 70.00 |
| 2 | MPEG files on DVD-ROM - Vol. III, Files 1-2 | 95.00 | 190.00 |
| 2 | Files synchronized with TrialDirector | 100.00 | 200.00 |
| | Parking | 12.00 | 12.00 |
| | Shipping & Handling - UPS 2nd Day Air | 35.00 | 35.00 |

Thank you for your continued business!

**Total**    $1,082.00



 **ESQUIRE**

Esquire - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
*an Alexander Gallo Company*

Telephone (415) 591-3333
Toll Free (800) 300-1214
Fax (866) 590-3205

www.esquiresolutions.com

## *Invoice # PL141997*

| Invoice Date | Terms |
|---|---|
| 03/30/2009 | NET 30 |

JAMES COLE ,ESQ.
QUARLES & BRADY
SUITE 900
33 EAST MAIN STREET
MADISON, WI 53703

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | PL File | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/04/2009 | FUJITSU LIMITED vs. NETGEAR, INC. | 26902 | 03/18/2009 | F-P-O |

**Description**

Copy Transcript of CHRIS HEEGARD

*Attorney is responsible for payment of all charges incurred, not their client.*
*Payment due in 30 days*
*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITED RATE.*

***REALTIME FEED PROVIDED***

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,700.67 |
| Paid: | $ 0.00 |
| Balance Due | $ 1,700.67 |
| Payment Due | 04/29/2009 |

After Due Date Pay This Amount:     $ 1,913.25

**Tax Number:  20-4667049**

## Method of Payment

Company: Esquire - San Francisco
Invoice Number: PL141997
Invoice Date: 03/30/2009
Balance: $ 1,700.67
Due Date: 04/29/2009
Late Date: 04/30/2009
Late Amount: $ 1,913.25

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized
_____

Credit Card Number                 Exp. Date

☐ Check Enclosed

Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 79509,    City of Industry CA 91716-9509**

013  0000141997  03302009  3  000170067  9  04292009  04302009  4  000191325  32

# INVOICE

## GROSSMAN & COTTER, INC.

*117 S. California Avenue, Suite D-201*
*Palo Alto, CA  94306*
*Ph: (650)324-1181     Fx: (650)324-4609*
*FED ID #93-0989081*

JAMES R. COLE, ESQ.
QUARLES & BRADY
33 EAST MAIN STREET, SUITE 900
MADISON, WI  53703

March 30, 2009

**Invoice#** 47376

**Balance:** $2,447.72

**Re:** FUJITSU VS. NETGEAR
IZHAK RUBIN, VOLUME II
    on 03/19/09
    by LINDSAY PINKHAM

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:  IZHAK RUBIN (VOLUME II) | |
| ORIGINAL + ONE COPY | 1,236.45 |
| EXPEDITE | 702.77 |
| LIVENOTE/ROUGH ASCII | 332.75 |
| CERTIFICATION FEE | 35.00 |
| ASCII & CONDENSED | 16.00 |
| EXHIBITS | 60.00 |
| SHIPPING & HANDLING | 64.75 |
| EXPENSE REIMBURSEMENT | |

P l e a s e   R e m i t  - - - >   Total Due:  $2,447.72

**Please tear off stub and return with payment.**

*A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE*
*ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.*

GROSSMAN & COTTER, INC.
117 S. California Avenue, Suite D-201
Palo Alto, CA  94306

Invoice# 47376

Balance$  2,447.72

# INVOICE

## GROSSMAN & COTTER, INC.

117 S. California Avenue, Suite D-201
Palo Alto, CA 94306
Ph: (650)324-1181     Fx: (650)324-4609
FED ID #93-0989081

KRISTIN NOEL, ESQ.                    March 30, 2009
QUARLES & BRADY
33 EAST MAIN STREET, SUITE 900        **Invoice#** 47388
MADISON, WI 53703
                                      **Balance:**   $919.14

Re: FUJITSU VS. NETGEAR
    IZHAK RUBIN, VOL III
    on 03/20/09
    by LINDSAY PINKHAM

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: IZHAK RUBIN (VOLUME III) | |
| ORIGINAL + ONE COPY | 444.05 |
| EXPEDITE | 247.84 |
| LIVENOTE/ROUGH ASCII | 166.25 |
| CERTIFICATION FEE | 35.00 |
| ASCII & CONDENSED | 16.00 |
| SHIPPING & HANDLING | 10.00 |

RECEIVED

APR 3 2009

QUARLES & BRADY LLP

P l e a s e   R e m i t  - - ->  Total Due:   $919.14

**Please tear off stub and return with payment.**
*A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.*

GROSSMAN & COTTER, INC                 Invoice# 47388
117 S. California Avenue, Suite D-201
Palo Alto, CA 94306                    Balance:    919.14

# INVOICE

## GROSSMAN & COTTER, INC.

*117 S. California Avenue, Suite D-201*
*Palo Alto, CA  94306*
*Ph: (650)324-1181     Fx: (650)324-4609*
*FED ID #93-0989081*

JAMES R. COLE, ESQ.
QUARLES & BRADY
33 EAST MAIN STREET, SUITE 900
MADISON, WI  53703

March 31, 2009

**Invoice#** 47398

**Balance:**  $2,533.46

Re: FUJITSU VS. NETGEAR
    VERNON T. RHYNE, Ph.D., VOL II
    *on 03/20/09*

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:  VERNON RHYNE, III, PH.D. (VOL III) | |
| ORIGINAL + ONE COPY | 1,172.95 |
| EXPEDITE | 859.91 |
| LIVENOTE/ROUGH ASCII | 321.25 |
| CERTIFICATION FEE | 35.00 |
| ASCII & CONDENSED | 16.00 |
| EXHIBITS | 63.60 |
| SHIPPING & HANDLING | 64.75 |

P l e a s e   R e m i t   - - - >   Total Due: $2,533.46

**Please tear off stub and return with payment.**

*A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE*
*ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.*

GROSSMAN & COTTER, INC.
117 S. California Avenue, Suite D-201
Palo Alto, CA  94306

Invoice# 47398

Balance$   2,533.46

# INVOICE

## GROSSMAN & COTTER, INC.
117 S. California Avenue, Suite D-201
Palo Alto, CA 94306
Ph: (650)324-1181    Fx: (650)324-4609
FED ID #93-0989081

JAMES R. COLE, ESQ.                     April 3, 2009
QUARLES & BRADY
33 EAST MAIN STREET, SUITE 900          **Invoice#** 47501
MADISON, WI 53703
                                        **Balance:** $1,536.90

Re: FUJITSU VS. NETGEAR
    ROBERT SACHS
        on 03/23/09
        by LOUISE MARIE SOUSOURES

| Charge Description | Amount |
| --- | --- |
| DEPOSITION OF: ROBERT SACHS | |
| ORIGINAL + ONE COPY | 990.40 |
| LIVENOTE/ROUGH ASCII | 280.00 |
| CERTIFICATION FEE | 35.00 |
| ASCII & CONDENSED | 16.00 |
| EXHIBITS | 142.40 |
| SHIPPING & HANDLING | 73.10 |

P l e a s e   R e m i t   - - - >   Total Due: $1,536.90

**Please tear off stub and return with payment.**
*A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.*

# DAN MOTTAZ VIDEO PRODUCTIONS, LLC

182 Second Street, Suite 202
San Francisco, CA 94105
(415) 624-1300
Tax I.D. 94-3289285

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/9/2009 | 31437 |

**BILL TO**

QUARLES & BRADY, LLP
33 E. Main Street, Suite 900
Madison, WI 53703

Attn: James R. Cole, Esq.

**CASE INFORMATION**

Deposition of Thomas Rhyne, Ph.D.
Fujitsu v. Netgear

| TERMS | P.O. NO. |
|-------|----------|
| Due on recpt | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---------|-------------|------|--------|
| 9 | Hours-Video production 3/20/09 (Southern California rate) | 115.00 | 1,035.00 |
| 3 | Original Digital videotapes (retained by DMVP) | 35.00 | 105.00 |
| 3 | MPEG files on DVD-ROM - Vol. II, Files 1-3 | 95.00 | 285.00 |
| 3 | Files synchronized with TrialDirector | 100.00 | 300.00 |
| | Parking | 34.00 | 34.00 |
| | Shipping & Handling - UPS 2nd Day Air | 35.00 | 35.00 |

Thank you for your continued business!

**Total** $1,794.00



# DAN MOTTAZ VIDEO PRODUCTIONS, LLC

182 Second Street, Suite 202
San Francisco, CA  94105
(415) 624-1300
Tax I.D. 94-3289285

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/9/2009 | 31439 |

| BILL TO |
|---------|
| QUARLES & BRADY, LLP |
| 33 E. Main Street, Suite 900 |
| Madison, WI  53703 |
| |
| Attn:  James R. Cole, Esq. |

| CASE INFORMATION |
|------------------|
| |
| Deposition of Robert Sachs |
| Fujitsu v. Netgear |

| TERMS | P.O. NO. |
|-------|----------|
| Due on recpt | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---------|-------------|------|--------|
| 8.5 | Hours-Video production 3/23/09 | 95.00 | 807.50 |
| 3 | Original Digital videotapes (retained by DMVP) | 35.00 | 105.00 |
| 3 | MPEG files on DVD-ROM - Vol. I, Files 1-3 | 95.00 | 285.00 |
| 3 | Files synchronized with TrialDirector | 100.00 | 300.00 |
| | Parking | 32.00 | 32.00 |
| | Shipping & Handling - UPS 2nd Day Air (shipped with Invoice #31437) | 0.00 | 0.00 |

Thank you for your continued business!

| **Total** | $1,529.50 |
|-----------|-----------|

